*Bill Boucks / post conviction*
*Jevel Alone*

*En edite please,*

*Sentence up 1-13-05*

*ACOC (240-597)*

Rev. 7/06
CO Hab Corp
AO 241 smd.

Page 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

# FILED

JUL 2 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Mr. Alvin-Darrell: Smith ©*
NAME (Under which you were convicted)

*ACOC (240-597) / Fed no (05828-007)*
PRISON NUMBER

*(USP) Mc Creary*
PLACE OF CONFINEMENT/ADDRESS
*P.O. Box 3000*
*Pine Knot, KY*
*42635*
*PH. (606) 354-7000.*

Case: 1:08-cv-01268
Assigned To : Unassigned
Assign. Date : 7/24/2008
Description: Habeas Corpus

*Mr. Alvin-Darrell: Smith ©* )
(Full Name)        Petitioner )
        )
V. )
        )
*Warden: O.L. Stone* )
*District of Columbia, Clerk of Court.* )
*United States parole Commission* )
*Federal Bureau of prison's* )
(Name of Warden, Superintendent, Jailor, or )
authorized person having custody of petitioner) )
        Respondent )

Civil Action No.: _____
(To be filled in by Clerk)

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner.  Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.  All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief.  No citation of authorities need be furnished.  If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee.  Your check or money order should be made payable to: Clerk, U.S. District Court.

**RECEIVED**

JUL 1 0 2008

Clerk, U.S. District and
Bankruptcy Courts

Page 2

4.    If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5.    Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6.    When you have completed the form, send the original and one copy to:
          Clerk, United States District Court for the District of Columbia
          Room 1225
          333 Constitution Avenue, NW
          Washington, DC 20001

7.    Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.

## PETITION

1.    (a)    Name and location of court which imposed the sentence (or detention) of conviction you are challenging: D.C. Superior Court ( Criminial Division )

2.    (a)    Date of the sentence (or detention): 9-15-94

3.    Length of sentence: 15 to Life - mandatory maximum minimum doing Apply, No! Enhancements 1st time offence racked to 11 to Life with parole by less nothen 5000 - Lime D.C.G.T.C.A. 1986

4.    Nature of offense involved (all counts): Case # F-12129-92 C.A.E (C) Carrying Dangerous weapon (D) possession of a prohibited weapon (E) David Defoes murder white Armed Count @ 0 1yr count@ 1yr count (E) 15 years to Life All run concurrent at to each other. 15 become 10yr 1yr = 11 yr to Life - P.E.D. Jumped up and become my Front # 10 + 1 yr = 11 to life.

5.    (a)    What was your plea? (Check one?)
          ☐  Not guilty
          ☒  Guilty — Self Defense
          ☐  Nolo Contendere (no contest)
          ☐  Insanity

parole elgibility since 6yrs, 8 months * see!

D.C. Sentencing Quidelines 6-505    () 10 to 30

Comparable * see! Attached Documents

**(b)** If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____

_N/A_

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?

☐ Yes
☒ No

7. If your answer to Question 10 was "Yes," give the following information:

   **(a)** (1) Name of Court: _U.S.D.C - D.C_

   _CAR #_
   _01-2206_

   (2) Nature of the proceedings: _2241 - WRit of Habeas Corpus unLawful Detainment with a Givens type civil action of (19) known defendents F.C.I. Edgefield, For Assault on my person._

   (3) Grounds raised: _past conviction Bool - time owed (960) Days, new face sheet needed reflecting (960) Days so federal Bureau of prisons can give me a new computation, and more P.E.D. From 1-05-04 to 1-05-01._

   (4) Did you receive an evidentiary hearing on your petition, application or motion?

   ☐ Yes
   ☒ No

   (5) Result: _Transferred to USDC - Atlanta_

   (6) Date of result: _Transferred to USDC - OCALA_

   **(b)** As to any second petition, application, or motion, give the same information:

   _5-03-cv-265_
   _-01-10-GRJ_

   (1) Name of Court: _USDC - OCALA_

   (2) Nature of the proceedings: _2241 - WRit of Habeas Corpus unLawful Detainment with a Givens type civil action of (19) known defenders F.C.I - Edgefield For Assault on my person._

   (3) Grounds raised: _past conviction Bool - time owed (960) Days, new face sheet needed reflecting (960) Days, so feels can give me a new sentence computation, And more P.E.D. From 1-05-04 to 1-05-01._

   (4) Did you receive an evidentiary hearing on your petition, application or motion?

   ☐ Yes
   ☒ No

   (5) Result: _Denied_

(6)   Date of result: _____ *unKnown* _____

(c)   As to any third petition, application, or motion, give the same information:
   (1)   Name of Court: *USDC — WV.*
   (2)   Nature of the proceedings: *WRIT-of Habeas Corpus Unlawful Detainment, WITH A Bivens type CiViL Action of (19) Known Defendent For Assault on my person*
   (3)   Grounds raised: *post Conviction good-time owed 960 days, new Face Sheet needed Reflecting (960) days, So Feds can up-date my sentence Computation and new P.E.D. From 1-07-04 to 1-05-01*
   (4)   Did you receive an evidentiary hearing on your petition, application or motion?
      ☐ Yes
      ☒ No
   (5)   Result: *Denied*
   (6)   Date of result: *Au 24  2007*

(d)   Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
   (1)   First petition, etc."
      ☐ Yes
      ☒ No
   (2)   Second petition, etc.:
      ☒ Yes    *USDC — of Appeals*
      ☐ No     *11th Circuit — Atlanta Ga,*
   (3)   Third petition, etc.:
      ☐ Yes    *USDC — of Appeals*
      ☐ No     *4th Circuit   Rich VA.*

(e)   If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____ *N/A* _____

8.   State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

A.    GROUND ONE:
    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: DCDC — Department of Corrections official's Have All Failed to up-date my DCDC Face Sheet by D.C. Dept order NO&O 2. For programmatic changes, I am owed (960) days off my sentence. P.E.D date 1-05-01 if Awarded it would move P.E.D. to 1-05-01 NOTE: that I am being unlawfully detained by their delay to Award past conviction good-time under D.C.G.T.C.A-of-1986 And neither the new Face sheet to F.R.O.D's Face sheet Has not been up-dated in 14½ years. All documents sent to (All) DCDC Agencies Involved,

B.    GROUND TWO:
    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: F.R.O.P.S — can't up-date my sentence computation, until DCDC sends them a new Face sheet, And the feds won't do anything on my behalf to get the new Face sheet par-say my 4-1-94 face sheet up-dated And bar bill they change by BP-380 programmatic changes (manually) sheet so they can re-compute me A new sentence computation reflecting the total 3,724 good-days earned owed the (960) G.T.A. off my P.E.D. from 1-05-01 to 1-05-01. Feds Awarded (211) days but never moved P.E.D. before I seen parole board.

C.    GROUND THREE:
    (a)    Supporting FACTS (Do not argue or cite law. Just state the facts that support your claim: U.S.P.C. - by the account of the above (960) not reflecting in new computation sheet with new P.E.D. when they seen me on my Initial parole Hearing. the commission never obeyed their own Quick time of (2.86/2.87) to re-release me by less minus good time for mandatory release by completion of sentence my sentence is clear by less minus good time at 1-05-01 And when they gave me the (60) month set off at my Initial Hearing, they where seeing me at 10yrs 60days instead of 6yr 8months (as DC sentencing scale shows on 10 to 30 comparably when comparing 10 to Life with 10 to 30 when P.E.D. on 15 to Life jumped up And became my Front # 10 to Life plus 1yr Aggravated on lesser charge = 11 to Life sentence is read.

**D.**     **GROUND FOUR:**

(a)     Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: USDC – WU, Juckes, Mr. Robert E. Maxwell And Mr. John S. Kaull Both failed to review my 2241 – "writ" – of Hasems Corpus for unlawful Detainment with a Brens type case And two of (9) known defendents F.C.I – Edgefield whom Assaulted me the 1st time, they denyed All Applications, motions, + petitions went to them, I put in appeal And Appeals denyed did the same, using Practise they knew, would Just case throwed out of Appeals court. Granted motion to proceed, but didn't issue the Certificate of Appealability. So Appeals court would dis-miss.

9.     If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them:

_____

_____

_____

_____

_____

_____

_____

10.     Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal, as to the sentence (or detention) under attack?

☐     Yes
☒     No

(a)     If so, give the name and location of the court and case number, if known: _____

_____

_____

11.     Do you have any future sentence to serve after you complete the sentence (or detention) under attack?

☐     Yes
☒     No

(a)     If so, give name and location of court which imposed sentence to be served in the future:

_____

_____

In : The File's
OF Ground Rules.                    (8) Copies

* EXHibiT (B)

p. (2.) con't - grounds

1,) my Judgement And Committment - under
proves that I'm not under A. mandatory
minimum - (And doesn't Apply In - my case
And Nor Can ( D.C. 24/434 under D.C. Initia-
tive of 1981, Because I have no' mandatory
term on terms on my sentence weither of
them, And, I'm under "the old Law" "Sj-t,
time "see: p.s. 5880.31 (p. 3. # - 7) For D.C.
Sentence computations.

2.) my Face Sheet shows (void 3-12-94) (Latest 4-1-94)
(All) Computed good-time As Follows - In Day

1) Jail Days                        (3-12-94)          -     79
2) Programs & Higher Ed, days (Face sheet)            -     95
3) Statutory good-time                               - 1,980
4) Program & Higher Ed, days (4-1-94) (Face sheet)   -   108
5) Aggrevated Days off Lesser sentence               -   180
6) Higher Education Days.                          ------- 1,110 ------
                                    Total - 3,552

7) F.B.O.P.'s - Awarded these Days        211
   For meritorious good-time Earned      _____
                                    Total - 3,763

"motion" - In Judge; Ross count-nown, For
1110 Days. From various Colleges I've Attended
off the terms of Both Sentences, I have

P III

BACK 9 YEARS 4 months OFF the total 16 years 6 months to Life sentence Leaving 6 years And 8 months that was Completed Aug 3, 2000 on 10 Years with Lessen charge Completed the 4 months on Jan 13, 2001 7 Full years on 11 to Life Sentence done on 1st time offense.

3) my Face sheet - shows 1,980 Days Earned By OCDC For Statutory time under 18 USC 4161 which is D.C.-24:428 In part over 10 years or more, I recieved 10 Days per month 120 Days per year. times the 16 years 6 months to Life as sentence Is the Long way, I got 6 years off 16 to Life Leaving 10 years + 1 year For Lessen charge equals 11 to Life Is my Sentence, Front # is 11 to Life or parole minimum term Is 6 years And 8 months. I've been parole ready since then And the U.S.P.C. did see me until 10 Years 20 DAYS In 1-27-04 Late by 36 months or so.

4) my Face sheet - Also! Shows that I Came In 1-13-94 And the whole 11 yrs. Shows on my 1st parole Elisibility Date

p.(III)

1-24-2005 with less minus good-time
date was broken down (For 3-17-94
Void Fire sheet to 10-8-04 And since
(4-1-94) Fire sheet date Has moved to
5-24-04, And After the Awarding of
211 Days on F.B.O.P's Computation
sheet my P.E.O. Still hasn't Changed
Again! From 5-24-04 to 10-24-03
And my DCDC Fire sheet Hasn't been
updated with (All) my programmatical
Educational good-time changes For 960
Days Still owed to me by DCDC, so
the F.B.O.P's CAN up-date my Sentence
Computation Reflecting those days And
showing my correct mandatory Re-
lease date by Less minus good-time
at 1-24-01 with the Awarding of
960 Days P.E.O moves Again! From
10-24-03 to 1-24-01. In All my
DCDC Fire sheet Hasn't been up-dated
In almost 12 years with my Earned
Ed. good-time, And Is governed by
Dept. Order under the District of
Columbia / Dept. of Corrections D.O. 4060.2
Institutional Files plus my Front #
Is Dead Also At 1-24-2005, And by
Less minus good-time sentence is Complete.

p (IV)

5) I Caught Charge In 1992, on bond
1993 Came In 1-13-94, And Long Before
※ the Omnibus Act of 1994 or the Uniform
Capital Revitalization Act of 1997 which
both Amended the D.C. Code 24:434
where (All) D.C. Inmates would do 70% -
85% of their Sentences, And As Said "
the mandatory minimum, does'nt Apply,
And "(Nor was A mandatory minimum
Imposed) By Judge on my Sentence at
(All). "I'm under the (SRA) Educational
Act of 1994 For Sentences between
Nov 87" - June 94 Called the Sent-
ence Reduction Act) "SRA) D.C.E.G.T.C.A.
of 1986 Also Known As,

6) I'm A 1st time offender And Should've
been had my parole Initial Hearing at
(1/3) of my time, And have'nt At (1/3)
or (2/3's) of time "(I was seen At 10 yrs
70 Days Late). Note; the 2/3's date
was my minimum Term on 10 yrs to
Life, 6yrs 8months I even on both
Charges that was up Jan 13, 2000."

p. V

7) I'm Also! A 1st time offender In the District of columbia, And under the Law of the Land - For Rape, Robbery, or murder I could'n't recieve no! more than 10 years By Supreme court - Rules And Regulations. And Is why? the Honorable; Judge Mr. John H. Such, Left my sentence where the mandatory minimum doesn't apply! See! Judgement and committment under Attached - to "WRIT OF HABEAS CORPUS" In package. (2241) (ALL) good-time I could earn off my sentence also! And Did.

8) NOR! I'm I A Federal prisoner.

9) NOR! WAS I sentence by A Federal Judge.

10) NOR! Is my Charges Federal under D.C. Superior court,

11) See! Old Law (1/3) rules of time to do rules D.C. = C.F.R. - 28 In part Adult Parole 200.4

These ARE the Codes that Clarifies my Release - D.C. - Codes,

p(VI)

1) D.C. - Educational good-time credits Act 4320.1 - memo, "See - Attachment (II).

2) D.C. - Dept. order - 4060.2 programmatic Changes

3) D.C. - 24.428 - statutory good-time (old law)

4) D.C. - 24.429 - (Unamended version) Ed. good-time (old Law)

5) D.C. - 24.434 - Forfeiture of good-time "See: 24.430 - 434

6) D.C. - adult parole Quidelines (28 C.F.R) In part section (200.11 - 200.4) (1/3) of time to do.

7) D.C. - sentencing scale 6-305

* Federal Sect. - Laws, Codes, Rules Regulatruns, program Statements

8) P.S. - 5884.02 (D.C. Ed. good-time) (New Law)

9) P.S. - 5880.30 (old Law sentences)

P. VII

10) P.S. 5880.31 ( D.C. Calculations Sentences )

11) P.S. 5880. 30 ( Chap VII Adult Sentences )

12) P.S. 5880. 30 ( Chap VIII Adult Sentences )

13) P.S. 5880. 30 ( Extra Good - time Meritorous Fed. s )

14) BP-380 — manual programmatic Changes equivalant to D.C. - 4060.2 Programmatic Changes up-dates For DCDC Face Sheet / And or F. B.O.P's Computation sheet up-dates.

15) See! U.S.P.C. - Guidelines 2.86 : 2.87 mandatory release ( by less minus (Good-time) my sentence on murder Is totally up, plus lesser charge of 4 months to do. By less minus good-time. And I've brought It to the door. And still not Released because my DCDC Face sheet Hasn't been up-dated in 12 years, with (all) Earned Good-time, by warden! mr. Steven Smith / Now mr, Edmund P. walsh Head of D.C. case management Services A/Administrator, And Is why? I'm

p. (VIII)

Still In Jail, because Federal Bureau
of prisoners can't give me A New
Fed. Bureau of prisons Sentence Computatio-
n update until OCOC Sends New OCOC
Face sheet to (USP) Hazelton Records
Office (ISm) Supervisor (mr. marino)
At (304) 379-5000

16) See In Comparison to O.C 6-505
Sentencing structure / minnisota
Sentencing structure chap 5th on
sentencing Quickelines, For 1st time
offender, 2nd degree murder etc.

Page 7

(b)    And give date and length of sentence to be served in future: _N/A_

(c)    Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

☐ Yes

☒ No


Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_Mr. Alvin Darnell Smith©_ (_Secured-party-creditor_)
**Petitioner's Signature**    _Under U.C.C. 7-207, 7-102._

_6-25-08_    _W.U.P. or Recruitke_
**Date**    _TDC / SEA / ISM_

_( ) Sovereism_

**GOOD TIME RECORD** CDFRM

BP-S380.058
MAY 94
U.S. DEPARTMENT OF JUSTICE

*B.O.P. "Good Time" Manual Program and Date Sheet*
*PRO = PROGRAMS*
*Edu = EDUCATION*

**EXHIBIT (G)**

**FEDERAL BUREAU OF PRISONS**

DCOC(240-347)

| | |
|---|---|
| Name Mr. Alvin Darrell Smith | Number 05828-007 |

Sentence Procedure(s) Non-mandatory 16 dc.

Sentence 11 years 6 months to LIFE

Jail Credit 790 Days  Inop. Time Ø

Sentence Begins Date 1-13-94

Parole Eligible Date Aug 3rd 2000

(2/3) or 30 Year Date Aug 3rd 2000

Statutory Release Date 1-24-05

Parole Effective Date 3-17-04

Rate Change Date (In Pencil or Update) 10 Days per mon

| Inst. | *Date of Good Time Action | In (x) | out (x) | Extra Good Time | | | Statutory Good Time | | | Adjusted Rel. Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type | This Mo. | To Date | Forf. | W/H | Restored | |
| LTN | 10-3-94 | X | | PRO. | 20 Days | 4-27-95 | | | | |
| LTN | 7-23-95 | X | | PRO. | 150 Days | 10-29-95 | | | | |
| LTN | 12-25-94 | X | | PRO. | 5 Days | 1-25-96 | | | | |
| LTN | 3-6-96 | X | | PRO. | 10 Days | 5-8-96 | | | | |
| LTN | 3-24-96 | X | | PRO. | 20 Days | 7-11-96 | | | | |
| LTN | 3-20-96 | X | | PRO. | 5 Days | 4-20-96 | | | | |
| LTN | 4-28-96 | X | | PRO. | 5 Days | 5-28-96 | | | | |
| LTN | 4-27-96 | X | | PRO. | 30 Days | 5-27-96 | | | | |
| LTN | 4-28-96 | X | | PRO. | 30 Days | 5-29-96 | | | | |
| LTN | 10-28-95 | X | | PRO. | 5 Days | 11-28-95 | | | | |
| LTN | 5-6-96 | X | | PRO. | 50 Days | 5-10-96 | | | | |
| LTN | 4-20-97 | X | | PRO. | 5 Days | 5-20-97 | | | | |
| LTN | 3-11-96 | X | | PRO. | 30 Days | 8-19-96 | | | | |
| LTN | 6-10-98 | X | | PRO. | 1500 Days | 8-27-98 | | | | |
| LTN | 1-21-00 | X | | PRO. | 9 Days | 4-21-00 | | | | |
| LTN | 1-3-01 | X | | PRO. | 15 Days | 4-3-01 | | | | |
| LTN | 10-12-96 | X | | PRO. | 9 Days | 1-26-96 | | | | |
| OFF | 3-19-94 | Face Shee | | | | | | | | |
| LTN | 11-15-93 | X | | Edu. | 48 Days | 11-15-96 | Shows on F.B.O.P | | | |
| LTN | 2-5-96 | X | | Edu. | 12 Days | 2-5-96 | Computation Sheet | | | |
| LTN | 8-28-96 | X | | Edu. | 9 Days | 8-28-96 | | | | |
| LTN | 9-20-96 | X | | Edu. | 300 Days | 9-20-96 | | | | |

FINAL RELEASE DATE _____  METHOD OF RELEASE _____

KEY: *Date - a. Assignment to or removal from EGT.   In/Out - Enter "x" if date indicates
            b. Month & year in which EGT earned.            entry to or removal from EGT.
            c. Date of Statutory Good Time change.
      Type - CGT, IGT, MGT, WRGT, CTCGT, DCGT

(This form may be replicated via WP)                     Replaces BP-380(58) of MAR

**GOOD TIME RECORD (Continued)**

*3 Front coverage*



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## WASHINGTON, D. C. 20001

## June 3, 1987

### MEMORANDUM

TO:        Chief Judge Ugast    *JWE.*

FROM:      Bill Erhardt

SUBJECT:   Parole Eligibility Under Bill 6-505

The following table represents my calculation of actual parole eligibility if institutional good time under the District of Columbia Good Time Credits Act of 1986 is deducted from the minimum sentence imposed pursuant to procedures promulgated in D.C. Department of Corrections Departmental Order #4340.2, effective May 22, 1987.

| Sentence Imposed | Parole Eligibility After: |
|---|---|
| | 10 MOS. |
| 1 - 3 Years | 1 YRS. 7 MOS. |
| 2 - 6 Years | 2 YRS. 3½ MOS. |
| 3 - 9 Years | 3 YRS. 1 MO. |
| 4 - 12 Years | 3 YRS. 8 MOS. |
| 5 - 15 Years | 4 YRS. 2 MOS. |
| 6 - 18 Years | 5 YRS. 10 MOS. |
| 7 - 21 Years | 5 YRS. 7 MOS. 6.8 |
| 8 - 24 Years | 6 YRS. 8 MOS. 3.0 |
| 9 - 27 Years | 7 YRS. 4 MOS. 3.8 |
| EX: → 10 - 30 Years | 8 YRS. 9 MOS. |
| 11 - 33 Years | 8 YRS. 5 MOS. |
| 12 - 36 Years | 10 YRS. 20 |
| 13 - 39 Years | 10 YRS. 9 MOS. |
| 14 - 42 Years | 11 YRS. 5 MOS. |
| 15 - Life | 12 YRS. 1 MO. |
| 16 - Life | 12 YRS. 9 MOS. |
| 17 - Life | 13 YRS. 5 MOS. |
| 18 - Life | 23 YRS. 5 MOS. |
| 19 - Life | |
| 20 - Life | |
| 35 - Life | |

*10 to 20*  *became 10 Front #  10 to Life*

*1½ year*  *+ 1½ year = 3.0*

*4 years left PAROLE LATER*

*15 minimum Doesn't APPLY*
*10y becomes Front #*
*Life becomes 30y BACK on PAROLE LATER*

Educational good time credit provided in the Act may serve to further advance parole eligibility. Educational good time credit may be awarded after successful completion of an academic or vocational program at a RATE OF between three and FIVE DAYS per month depending on the program. Under Departmental Order #4340.2, a maximum of 407 days is established as a limit to the ____ of educational good time.

*Copy* (5)

# TIME LINE OF SENTENCING
## LAWS FOR D.C. CODE SENTENCES

|  | 4-11-1987 | 6-22-1994 | 8-5-2000 |
|---|---|---|---|
| Old Law | DC Good Time Credits Act | DC OMNIBUS Act | DC SRAA |
| Offenses up to 4-10-1987 | DOO on/after 4-11-1987 Until 6-21-1994 | DOO on/after 6-22-1994 Until 8-4-2000 | DOO on/after 8-5-2000 |

**"OLD LAW"** - For offenses committed before April 10, 1987.
✔ Earn Statutory Good Time (SGT) off the maximum term only to create a Short Term Release Date. (18 USC §4161).
✔ Cannot earn SGT off the minimum term unless the minimum term overlaps 4-11-1987 date. SGT then becomes IGT and can be earned at a rate based on the min. term but only for the period that overlaps.
✔ May earn Education Good Time (EGT) off the minimum and maximum term to create a Short Term Release Date if Education program is completed on or after 4-11-1987.(24 DCC §429)
✔ These sentences can also earn BOP Extra Good Time credits while in BOP custody. (18 USC §4162) *(off max)*
✔ 180 day rule applies to these sentences as DC adopted its use with DC sentences. (18 USC §4161).
✔ No 2/3 date. DC has own statute for parole & never adopted (18 USC §4206(d)).
✔ Can be aggregated with U.S. Old Law sentences.
✔ Release Methods- EXP W/GT, EXP FT, MAND PAR, PAROLE.

*I AM Here*

**"District of Columbia Good Time Credits Act"** - For offenses committed on or after April 11, 1987 until June 21, 1994.
✔ May earn Institution Good Time (IGT), off the minimum and maximum terms at a rate no less than 3 days and no more than 5 days per month. BOP proposed program will award only at 5 days per month rate (24 DCC §429).
✔ May earn Education Good Time (EGT) off the minimum and maximum terms at a rate no less than 3 days and no more than 5 days per month. (18 USC §4162).
✔ May earn Extra Good Time off maximum term only. (18 USC §4162).
✔ The 180 day date does not apply to these sentences.
✔ Parole supervision is to the full term date.
✔ DC never implemented programs for DC Meritorious (24 DCC §429.1)or industry good time (24 DCC §458.8(g)).
✔ These sentences cannot be aggregated with U.S. code Old Law and SRA sentences.
✔ Can be aggregated with DC Old Law sentences.
✔ Release Methods- MANDATORY PAROLE and PAROLE.
✔ Established jail credit statute 24 DCC §431 and still current for all DC sentences under OCJRAA & SRAA.

**"OMNIBUS Criminal Justice Reform Amendment Act (OCJRAA)"** - For offenses committed on or after June 22, 1994.
✔ Cannot earn Institutional Good Time (IGT) as statute was repealed.
✔ May earn Education Good Time (EGT) at a rate of no less than 3 days and no more than 5 days per month.
✔ The 180 day date does not apply to these sentences.
✔ Parole supervision is to the full term date.
✔ Sentences cannot be aggregated with each other or any other sentences as the aggregation language in statute was repealed.(24 DCC §428, Institution good time, was repealed effective June 22, 1994)
✔ May be combined with other Omnibus sentences and DC Old Law and GTCA sentences for parole eligibility.
✔ Release Methods- EXP FT, MANDATORY PAROLE (result of Educ. Good Time earned), PAROLE (by USPC).

**"Sentencing Reform Amendment Act (SRAA) of 2000"** - For offenses committed on or after August 5, 2000.
✔ This act was not approved until 5:00 pm on August 11, 2000. SRAA applies to all offenses that were committed on or after 5:00 pm on August 11, 2000.
✔ Offenses committed from August 5, 2000 through 4:59 pm on August 11, 2000, may be sentenced under either OMNIBUS or SRAA provisions (determined by the courts).
✔ GCT under 18 USC §3621(b) - 54 days per year.
✔ Sentences that have a minimum and maximum term will be considered OMNIBUS.
✔ Sentences that have a single term and a period of supervised release will be considered SRAA.
✔ Under SRAA, parole has been abolished for both felony and misdemeanor sentences.
✔ SRAA sentences cannot receive a 3621(e)(2)(b), or 404b(e) reduction in sentence.
✔ SRAA sentences will be calculated the same as a PLRA sentence, therefore, these can be aggregated.
✔ Can be aggregated with other SRAA, SRAA YRA and PLRA sentences only.
✔ Release methods- GCT REL., FULL TERM REL.
✔ Use of 18 USC §3624(c), not applicable to holding inmate beyond release if fine unpaid or no installment agreement.

(P.I.)  (W.C. - Sentence Structure's changes to review, (7) total.

*See! - W.C. - Codes

1) D.C. - 24!428
2) D.C. - 24!429 - 434

3) Dept memo - 4320.2
   Attachment (I)

4) Dept memo - 4060.2
   programattic Changes

*See! - W.C. - Codes In

(Federal program Statements to review)

1) P.S. 5880. 30 - (Adult Sentences) Chap VII
2) P.S. 5880. 31 - (Computations) (old Law)
3) P.S. 5880. 32 - Before Nov. 17, 1987 (All Hearings
4) P.S. 5884. 02 - (New Law) 85% - Sentences
5) P.S. 5880. 06 - / 6) mentioners G.T. Applications
                         BP-390 - Also Unicorp
                              BP-395

*Con'T - changes In: Sentence
Structure.

p(II)    Con-'t

(A) Sentence Reduction Acts From
Nov, 17, 1987 on, or before, And After,

(B) (1/3)-old Law under -C.F.R. 28 In part.ᵗⁱᵗˡᵉ

(C) (1/3)-D.C.§.4.C.A.-of 1986 / S.R.A -
Sentence Reduction Act -

(D) Omnibus Act-of may 13ᵗʰ 1994"
( 65% )

(E) National Capital Revitalization Act
of 1992 - ( 75% ) (before Finalization,

(F) In 1998 - National Capital Revitalization
Act of 1998 (Finalized) By Congress
( 85% )

(G) In 2005" Changed 85% Back to
65% old Law at time of Omnibus
Act of may 13, 1994 .
( 65% ) Again! -

note! -As of Now! But D.C. Inmates can't
Recieve Any Credits From (S.R.A)- D.C.§.4.C.A,
of 1986" (1/3) old Law under C.F.R.-Title 28
In part, or SRA - of Nov 17, 1987, on or
before or After.

*(4) copies*

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES** | * | **Criminal No. F-12129-92** |
| | * | |
| **v.** | * | **Judge Maurice A. Ross** |
| | * | |
| **ALVIN DARNELL SMITH** | * | **CLOSED** |

### OPINION AND ORDER

This matter comes before the Court upon consideration of the Defendant's *Pro Se* Motion

to Correct Computation of Sentence received on March 7, 2003.[1]  Upon consideration of the

defendant's motion and the record therein, it is not within the jurisdiction of this Court to review

the defendant's motion.

On January 31, 1994, a jury found the defendant guilty of Second Degree Murder while

Armed with a knife, Possession of a Prohibited Weapon (knife) with Intent to Use it Unlawfully

(hereinafter "PPW"), and Carrying a Dangerous Weapon (knife) (hereinafter "CDW").  On

March 15, 1994, Judge John H. Suda sentenced the defendant to concurrent terms of

imprisonment of 15 years to life for the murder conviction and one-year of imprisonment each

for the PPW and CDW convictions.[2]  The defendant is now serving his sentences at Coleman

Federal Correction Complex in Florida.[3]

---

[1] The defendant's motion was in the form of a letter, which the Court construed as a
motion to correct sentence computation.

[2] Judge Evelyn C. Queen assumed this case when the defendant filed a motion to reduce
sentence on December 10, 1998, which the Court denied.  After the retirement of Judge Queen,
this case was transferred to Judge Maurice A. Ross.

The defendant has submitted numerous *pro* se pleadings in regards to alleged sentence computation errors. The defendant now moves to correct the computation of sentence, *again*. The defendant alleges that the United States Bureau of Prisons (hereinafter "BOP") has failed to compute the educational credits the defendant earned while housed at the Occoquan Facility in Virginia. The defendant claims that three years and four months of jail credit is due to him.

Despite the defendant's allegations, he is now in the custody of the BOP and the U.S. Attorney General. *See* D.C. Code § 24-101. The computation of the defendant's sentence is within the authority of the BOP, and this Court does not have jurisdiction over a federal agency. *See* D.C. Code § 16-1901(b). Therefore, the defendant's motion is not properly before this Court.

Since the defendant is challenging the legality of his detainment, the Court further construes the defendant's *pro se* motion as a writ of habeas corpus. However, this Court cannot grant the defendant's request for the issuance of a writ of habeas corpus. The Court lacks both personal and subject matter jurisdiction pursuant to D.C. Code § 16-1901.

Part (a) of § 16-1901 provides that "[a] person committed, detained, confined, or restrained from his lawful liberty *within the District* . . . may apply . . . for a writ of habeas corpus . . . ." (emphasis added). This Court may hear only habeas corpus requests of defendants "committed, detained, confined, or restrained" within the District of Columbia. Since the defendant is imprisoned in Florida, the Court does not have subject matter jurisdiction over his request. *See Alston v. United States*, 590 A.2d 511 (D.C. 1991) (District of Columbia courts may grant habeas corpus relief only for prisoners incarcerated within the District or in District of Columbia correctional facilities).

Part (b) of § 16-1901 provides that "[p]etitions for writs directed to Federal officers and employees shall be filed in the United States District Court . . . ." As stated before, the defendant is serving sentences at Coleman Federal Correction Complex operated by the Federal Bureau of Prisons. The defendant requests the Court to modify the application of educational credits to his sentence. However, this Court does not have subject matter jurisdiction over the defendant's request because it involves the actions of a federal employee. D.C. Code § 16-1901(b).

Furthermore, this Court does not have personal jurisdiction over the custodian of the defendant. The custodian of the defendant is a federal employee working in the State of Florida. *See Alston*, 590 A.2d at 514-15 (a court may not grant such relief unless it has personal jurisdiction over the custodian of the prisoner); *see also In re Tripati*, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (a habeas petition may be adjudicated only in the district in which [petitioner's] immediate custodian, his warden, is located); *Guerra v. Meese*, 786 F.2d 414, 415 (D.C. Cir. 1986) (a district court may not entertain a habeas corpus action unless it has personal jurisdiction over the custodian of the prisoner).

Accordingly, it is this **16th** day of July 2003,

**ORDERED** that the defendant's pleading challenging his sentence calculation, is construed as a petition for writ of habeas corpus and **DISMISSED** without prejudice to re-filing in the U.S. District Court in the Middle District of Florida. *Done So*

**SO ORDERED.**[4]

_Maurice A. Ross_
**Judge Maurice A. Ross**
(Signed in Chambers)

---

[4] A copy of the federal computation data sheet is attached.

Copies to:

Daniel M. Cisin, Esq.
Assistant U.S. Attorney
Special Proceedings Section
Judiciary Center, Room 11-852
555 – 4th Street, NW
Washington, DC 20530

Alvin Darnell Smith
Fed. Reg. 05828-007
Coleman USP
846 NE 54th Terrace
Coleman, FL 33521

**U.S. Department of Justice**
United States Parole Commission

Notice of Hearing-Parole Application
Representative and Disclosure Request

Date _12-11-03_

Name: _Alvin Smith_

Register No: _05828-007_ _____ Institution _USP Coleman_

INSTRUCTIONS: This form is to be furnished to and completed by every inmate prior to every scheduled hearing before the Parol Commission. It must be furnished at least 60 days in advance of the scheduled hearings unless such 60 day notice is waived by th inmate (see "1" below)

1. NOTICE OF HEARING. Provided you have applied for parole in the space below, you will be given a hearing by officials of th U.S Parole Commission on the docket of parole hearings scheduled for _____ to _____ _January_ _____, 19 _2004_

IF THERE ARE LESS THAN 60 DAYS BETWEEN THE DATE OF THIS NOTICE AND YOUR HEARING, YOUR HEARIN WILL BE POSTPONED UNTIL THE NEXT DOCKET OF PAROLE HEARINGS AT YOUR INSTITUTION *UNLESS* YO INITIAL THE FOLLOWING WAIVER.

_____ I received this form less than 60 days from the date of my hearing. However, I hereby waive my right to 60 da (Initials) advance notice of the hearing time and notice of my disclosure rights, and I request to be heard as scheduled.

2. APPLICATION: I hereby apply for parole, or have previously applied and still wish to be paroled:

_X Mr. Alvin D. Smith_ _____ _12-11-03_
(Signature) (Date)

3. WAIVER OF PAROLE/PAROLE HEARING:

_____ A. I wish to waive parole consideration at this time.
(Initials)

_____ B. I wish to waive my scheduled Statutory Interim Hearing and have not incurred any Institutional Disciplin (Initials) Committee infractions since my last hearing.

_____ C. I wish to waive the parole effective date or presumptive parole date previously determined by the Commission. (NO (Initials) *A previously waived parole date will be reinstated upon reapplication, provided no new adverse information e in your case.*)

_____ D. I wish to waive mandatory parole.
(Initials)

NOTE: 1) If you waive parole or a parole hearing, any subsequent application or reapplication must be submitted at least 60 prior to the first day of the month in which hearings are conducted at the institution where you are then confi

2) Revocation hearings cannot be waived. Hearings under 28 CFR 2.28 (b-f) and rescission hearings can only be wa by waiver of the parole effective date or presumptive parole date previously determined by the Commission.

4. REPRESENTATIVE: At your hearing you may have a representative of your choice (*e.g. family member, friend, staff memb or attorney*), who will be permitted to make a statement on your behalf at the close of the hearing. The name of any representati willing and able to appear should be written in below. Arrangements for the appearance of a representative must be made throu your case manager. _X Mr. Keyes_

Name of Representative: _____

IF YOU DO NOT WISH A REPRESENTATIVE, INITIAL THE FOLLOWING WAIVER:

_X ADS_ I do not wish a representative at my hearing.
(Initials)

* 3  Application, partic. pg. ci?? * *
For DCX.

**U.S. Department of Justice**
United States Parole Commission

Notice of Hearing-Parole Application
Representative and Disclosure Request

Date _September 4, 2___

Name: ___Alvin Darrell Smith___

Register No.: ___05828-007___         Institution ___USP Coleman, Florida___

INSTRUCTIONS: This form is to be furnished to and completed by every inmate prior to every scheduled hearing before the Parole Commission. It must be furnished at least 60 days in advance of the scheduled hearings unless such 60 day notice is waived by the inmate (see "1" below).

1. NOTICE OF HEARING· Provided you have applied for parole in the space below, you will be given a hearing by officials of the U.S. Parole Commission on the docket of parole hearings scheduled for ___October___
to _____, 19 2003

IF THERE ARE LESS THAN 60 DAYS BETWEEN THE DATE OF THIS NOTICE AND YOUR HEARING, YOUR HEARING WILL BE POSTPONED UNTIL THE NEXT DOCKET OF PAROLE HEARINGS AT YOUR INSTITUTION *UNLESS YOU* INITIAL THE FOLLOWING WAIVER:

X _ADS_         ˙I received this form less than 60 days from the date of my hearing. However, I hereby waive my right to 60 d
(Initials)      advance notice of the hearing time and notice of my disclosure rights, and I request to be heard·as scheduled

2. APPLICATION: I hereby apply for parole, or have previously applied and still wish to be paroled:

X _Mr. Alvin Darrell Smith_     X   9-4-03
(Signature)                          (Date)

3. WAIVER OF PAROLE/PAROLE HEARING:

_N/A_    A. I wish to waive parole consideration at this time.
(Initials)

_N/A_    B. I wish to waive my scheduled Statutory Interim Hearing and have not incurred any Institutional Discipli
(Initials)    Committee infractions since my last hearing.

_N/A_    C. I wish to waive the parole effective date or presumptive parole date previously determined by the Commission. (NO
(Initials)    *A previously waived parole date will be reinstated upon reapplication, provided no new adverse information
              in your case.*)

_N/A_    D. I wish to waive mandatory parole.
(Initials)

NOTE:    1) If you waive parole or a parole hearing, any subsequent application or reapplication must be submitted at least 60
         prior to the first day of the month in which hearings are conducted at the institution where you are then con

         2) Revocation hearings cannot be waived. Hearings under 28 CFR 2.28 (b-f) and rescission hearings can only be
         by waiver of the parole effective date or presumptive parole date previously determined by the Commission.

4. REPRESENTATIVE: At your hearing you may have a representative of your choice (*e.g. family member, friend, staff mem or attorney*), who will be permitted to make a statement on your behalf at the close of the hearing. The name of any representa willing and able to appear should be written in below. Arrangements for the appearance of a representative must be made thro your case manager. Name of Representative: _Case Manager Mr. Keyes_

IF YOU DO NOT WISH A REPRESENTATIVE, INITIAL THE FOLLOWING WAIVER:

X _ADS_ _ I do not wish a representative at my hearing.

*2ⁿᵈ Application* ✱ *See: BACK of this sheet* Both Sheet

**Notice of Hearing-Parole Application**
**Representative and Disclosure Request**

*"my" copy (LEX)*

U.S. Department of Justice
United States Parole Commission

*(7 copies)*

*2ⁿᵈ - (Old application)*          *Court Copy*

Date __June 1, 2003__

Name: __Alvin Darrell Smith__ _____ Institution __USP Coleman, Florida__

Register No: __05828-007__

INSTRUCTIONS: This form is to be furnished to and completed by every inmate prior to every scheduled hearing before the Parole Commission. It must be furnished at least 60 days in advance of the scheduled hearings unless such 60 day notice is waived by inmate (see "1" below).  ✱ *I was dropped off Aug 14, 03 Hearing date.*

1. NOTICE OF HEARING: Provided you have applied for parole in the space below, you will be given a hearing by officials of the U.S. Parole Commission on the docket of parole hearings scheduled for __August 3,__
to __is 2003✱__

IF THERE ARE LESS THAN 60 DAYS BETWEEN THE DATE OF THIS NOTICE AND YOUR HEARING, YOUR HEARING WILL BE POSTPONED UNTIL THE NEXT DOCKET OF PAROLE HEARINGS AT YOUR INSTITUTION *UNLESS Y*
INITIAL THE FOLLOWING WAIVER:

__(ADS)__ — I received this form less than 60 days from the date of my hearing. However, I hereby waive my right to 60
(Initials)   advance notice of the hearing time and notice of my disclosure rights, and I request to be heard as schedule

2. APPLICATION: I hereby apply for parole, or have previously applied and still wish to be paroled:

__Mr Alvin Darrell Smith__     __6-1-03✱__
(Signature)                      (Date)

3. WAIVER OF PAROLE/PAROLE HEARING:

— __N/A__ — A. I wish to waive parole consideration at this time.
(Initials)

— __N/A__ — B. I wish to waive my scheduled Statutory Interim Hearing and have not incurred any Institutional Discip
(Initials)   Committee infractions since my last hearing.

— __N/A__ — C. I wish to waive the parole effective date or presumptive parole date previously determined by the Commission. (
(Initials)   *A previously waived parole date will be reinstated upon reapplication, provided no new adverse informatio*
*in your case.*)

— __N/A__ — D. I wish to waive mandatory parole.
(Initials)

NOTE:   1) If you waive parole or a parole hearing, any subsequent application or reapplication must be submitted at least
prior to the first day of the month in which hearings are conducted at the institution where you are then c

2) Revocation hearings cannot be waived. Hearings under 28 CFR 2.28 (b-f) and rescission hearings can only b
by waiver of the parole effective date or presumptive parole date previously determined by the Commissio

4. REPRESENTATIVE: At your hearing you may have a representative of your choice (*e.g. family member, friend, staff m.*
*or attorney*), who will be permitted to make a statement on your behalf at the close of the hearing. The name of any represe
willing and able to appear should be written in below. Arrangements for the appearance of a representative must be made t
your case manager. __Unit Team (Mr. Wright, Mr. Keyes, or Mr__

Name of Representative: 

IF YOU DO NOT WISH A REPRESENTATIVE, INITIAL THE FOLLOWING WAIVER:

— __N/A__ —   I do not wish a representative at my hearing.

*Originally Submitted*

ates Parole Commission                                                                    Report of Refusal to Apply Waive or Appe

MR Alvin Darrell (Smith)                    Date. Aug 3rd 2000

0. 240-597 / 00-0750 #
05 828-007 #                                Institution. Tennance Country Jean
                                                                    New mex (CCA)

CTIONS  This form should be given to and completed by the inmate 12 months before his parole eligibilit
ception.  A committed youth offender sentenced under the provisions of the Youth Rehabilitation Act ma
parole upon commitment, or at any time thereafter.)  If the inmate wants to waive the parole hearing, b
omplete the waiver section of this form.  If the inmate refuses to appear for a hearing, the report of the refusa
e made on this form by institutional staff. This form does not have to be completed for hearings subsequen
tial hearing, unless the inmate has previously waived parole consideration or a parole date.  Please mak
f this form for the institutional file, provide the inmate with a copy, and forward the original to th
ole Commission when submitting docket materials.

OF HEARING: The U.S. Parole Commission usually schedules an inmate's initial hearing for the docke
months before his parole eligibility date. Provided you have applied for parole in the space below, and th
ole Commission has received the documents needed to review your case, you will be given a hearing by a
examiner of the U.S. Parole Commission on the docket of hearings scheduled for the following:

_____
        (month/year)

APPLICATION: I want to be considered for parole, or have applied before and still want to be paroled.

Alvin Darrell (Smith)                    2/3s of Sentence done
240-597  Signature 00-0750               Aug 5th 2000 #
                                         (120) days eachter Feb
OF PAROLE/PAROLE HEARING:                2000 # under 18 USC
                                         4206(d)
want to waive parole consideration at this time, including any scheduled hearing.  4206(d)
)       I understand that if I waive or refuse to appear at a scheduled rehearing at which misconduct is to
        be considered, I am waiving any parole date I may have been granted.

want to waive the previously granted parole date
)       NOTE:  A previously waived parole date may be reinstated upon reapplication, provided no new
        adverse information exists in your case.

you waive parole consideration and then apply/reapply for a hearing, the date of your hearing will normally
led within 60 days of the Commission's receipt of the application/reapplication.

OF REFUSAL TO APPLY/WAIVE OR APPEAR:

e named inmate has refused to complete the application/waiver form or appear for a scheduled parol
*Please provide a brief explanation of circumstances in the space below.)*

Never Seen

Case 1:08-cv-01268-UNA    Document 1    Filed 07/24/2008    Page 29 of 126

**1. Institution** FCI - Edgefield

**2. Inmate Injured** Smith, Alvin

**3. Register Number** 05828-007

**4. Injured's Duty Assignment** Adm. Unassign.

**5. Housing Assignment** SHu

**6. Date and Time of Injury** 12-31-01  2/35

**7. Where Did Injury Happen (Be specific as to location)** SHu

**Work Related?** ☐ Yes  ☒ No

**8. Date and Time Reported for Treatment** 12-31-01  23 00

**9. Subjective: (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)**

Inmate was involved in a fight with his cell mate in SHu. States left elbow is painful and two scratch on mid chest and cuffed. redness of left cheek.

*Signature of Patient*

**10. Objective: (Observations or Findings from Examination)**

X–Rays Taken _____  Not Indicated ✓

X–Ray Results

Mild redness without swelling, left cheek. 5 mm superficial scratch upper mid chest. Tenderness to palpate

**11. Assessment (Analysis of Facts Based on Subjective and Objective Data)**

Contusion - Left face     with FROM and without swelling, Left Elbow
Sprain Left Elbow

**12. Plan: (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)**

No medical treatment indicated at this time

PHYSICIAN REVIEW

J. KORWIN
MEDICAL DOCTOR
FCI/FPC Edgefield

**13. This Injury Required:**

☒ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other (explain)

_____

_____

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Referred to Community Physician

A. Roger Lamb, PA-C
FCI Edgefield

*Signature of Physician or Physician Assistant*

SENSITIVE LIMITED OFFICIAL USE

*Self Carboned Form – If ballpoint pen is used.* **PRESS HARD**

Original - Medical File
Canary - Safety
Pink - Work Supervisor (Work related only)
Goldenrod - Correctional Supervisor

Printed on Recycled Paper

1st Assault

F.C.I. - Edgefield

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *medical department adm* | DATE: 1-6-02 |
|---|---|
| FROM: *Smith AO 3rd (D)r. OE.R* | REGISTER NO.: 05828 007 |
| WORK ASSIGNMENT: *BII. Substaning Luther au* | UNIT: C/3 -Shu -B-131 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

1) Request for (record / statement) of P/A

Lamb on incident Report 12-31-01

And I need x-ray Result plus

medical entry on wounds that occurred

From assault on my person.

_____

(Do not write below this line)

DISPOSITION:

1-7

2

NO x-ray results exist
in your chart. Enclosed is
the injury report of 12.31.01
or 600 Entry

B. HELLER
RHIT
FCI/FPC Edgefield

1-7-02

Incident Reports - attachments to "motions" - to add newly added Defendants, and to fam't Injunctive and Declaratory relief, In (all) matters.

"motion" - For Immediate transfer back In to the District of Columbia Dept. of Corrections, due to facts that related the plaintiff Is in imminent Danger at F.C.I-Edgefield.

Now! come the plaintiff, to ask the Honorable court to put a "transfer order" In to bring the plaintiff back In to the District of Columbia Dept. of corrections, due to the plaintiff Like being In (Imminent Danger) and I've been threaten, (set up) and attacked, Because of my Legal Litigations, on 12-31-01 I was Deliberately and Intentionally put In a cell with mr. Ronald Allen a DCDC Inmate known For his assaultive behavior, coming off Ambulatory restraints known to attack every celly he has had, on 12-31-01 Lt. Smith, and Lt. Gaines had put me In cell with this man knowing that this Inmate Fights everybody he cells with this was done Deliberately & Intentionally to cause the plaintiff harm & they even gave him a change of assault, nor did they allow me to press changes, and delivered a Fabricated (D.H.O) Hearing report that differs from the (D.R) -shot that was written off as a Fight when it was an assault on my person, to cause bodily harm. they never gave him a change of

Assault. As DCDC Would've, If we was In the Distate of Columbia, "I'm pursuant to sue." Since my arrival to F.C.I-Edgefield, I have been retaliated against & Harassed, because of a lawsuit against CCA/T.C.O.F - New mexico, I Filed and was sent Here to F.C.I-Edgefield, before I came here on 7-27-01 they had recieved 7-13-01 and had (14) days before I got here, open & read it ① - mr. Day & Dove - Wardens, F.C.I - Edgefield ② - mrs. Harrison - Head (CMC) case manager, And ③ - mrs. O. Pregion - my (case manager,) whom I ask (Court order) be Issued against - to stop her From opening my mail, and reading it.

What's been going on down here is they the C/o's are setting people up to get Hurt, Killed, & stabbed etc In the (Shu-Housing unit) And on the compound, they are passing "the word on inmates, plus using Inmates against each other as people do Pitt Bulls against Pitt Bulls and Human beings they are getting a thrill out of the Fights, Human beings Inflicting bodily Harm on each other.

And medical services. Isn't even attending to wounds at (all) In a professional manner and Issuing the Exact medicines needed & treatment Aides etc. No! Ace wraps, Ice packs or Cushion metal wraps For sprung fingers,

wrist etc, "I ask that I am immediately removed from F.C.I - Edgefield by call up Transfer order, and placed back into the District of columbia, because the plaintiffs life Is For danger by Administration — warden, on down etc, and has been assaulted already 12-31-01 and the administration is not protecting plaintiff under D.C. 24/442 on any other provision of Like Fed. codes, and even consititutional For that matter.

*(All) STAFF as Follows Is Involved.

1) Warden; mr. Ora L. Dove                12) Lt. Valo ??
2) mrs. Taylor (Case manager)            13) Capt, Wilson
3) mrs. Francis Dannin (Ism)             14) C/o Jones
4) mrs. Lassier (Ism) manager            15) C/o Loggins
5) C/o Smith                              16) C/o Freeman
6) C/o Galim                              17) C/o Howard
7) #1 Sbu C/o Chambers                   18) C/o Breston
8) R. Kidd (U.O.C.)                    * 19) P/o Lamb
9) mr. Rick James 'Counselor
10) mr. Green (O.H.O)
11) mrs. Kipper (Attorney)

They've (All) conspired to Falsify Documents to Suppress the truth of Incident of 12-31-01 plaintiff will submit another Transfer "motion" with (All) D.C. officials and dennit with more details (U.S.A.P.) Done (2-27-01)

Thank you,                   mr. Alvin Darnell Smith
Fed No. (05828-007)

Federal Bureau of Prisons      *(Medical)*

| 1. Institution USP Hazelton | 2. Name of Injured Smith, Alvin | 3. Register Number 05828-007 |
|---|---|---|
| 4. Injured's Duty Assignment N/A | 5. Housing Assignment SHU | 6. Date and Time of Injury 12/22/05   1045 |

| 7. Where Did Injury Happen *(Be specific as to location)* SHU - before SHU holding cell | Work Related? ☐ Yes ☒ No | 8. Date and Time Reported for Treatment 12/22/05   1115 |
|---|---|---|

**9. Subjective:** *(Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)*

The officer pushed me into the wall.

I hit my face under my left eye - on the cheek bone.    X Unable to sign.

No LOC, Denies visual changes    *Signature of Patient*

**10. Objective:** *(Observations or Findings from Examination)*    X-Rays Taken _____    Not Indicated __X__

BP 125/77 P91 A+O x 3. Ambulatory in restraints    **X-Ray Results**

∅ hyphema. Fundoscopic exam shows sharp disc margins Ⓑ c̄ p̄ exudates.
Neuro: CN II - XII intact. Approx 3cm slightly reddened area on Ⓛ cheek bone. Slight
tenderness to palpation. No real pain but wanted to report it + be checked due to recent cataract

**11. Assessment:** *(Analysis of Facts Based on Subjective and Objective Data)* surgery

Contusion, Ⓛ cheek

**12. Plan:** *(Diagnostic Procedures with Results, Treatment and Recommended Follow-up)*

Reassurance. Follow-up for visual changes, other concerns.

**13. This Injury Required:**

☐ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☒ d. Other *(explain)*
Assessment

☐ e. Medically Unassigned

☐ f. Civilian First Aid Only

☐ g. Civilian Hospital or
Community Health Care

CKonchan FNP-C
*Signature of Physician or Physician Assistant*

Contusion

HERMAN E. BRANSON, MD
CLINICAL DIRECTOR
USP/SCP HAZELTON

Carol Konchan
RN, MSN, FNP-C
USP/SCP Hazelton

Self-Carboned Form – If ballpoint pen is used, PRESS HARD

Original – Medical File
Canary – Safety
Pink – Work Supervisor *(Work related only)*
Goldenrod – Correctional Supervisor

2nd Assault

(USA) - Hazelton

GOVERNMENT OF THE DISTRICT OF COLUMBIA

DEPARTMENT OF CORRECTIONS

Office of Case Management Services



## MEMORANDUM:

**TO:**        Alvin Smith DCDC 240597
             Torrance County Detention Facility

**FROM:**    Edmund P. Walsh
             Administrator

**DATE:**    February 9, 2001

**REFERENCE:**    Notice of intent to Sue

This memorandum is pertaining to your complaint/civil action you wish to take against the Department of Corrections. After review of your information I have not been able to come to conclusion as to your exact problem. Also what resolution are you seeking? Once you explain this matter we may be able to assist you. *Face sheet Hasn't been updated in 12 years with Educational good - time earned, under Dept memo 4060.2*

/dfj

CC:
S. Elwood York Jr., External Confinement & Monitoring/Records Office Administrator



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

**WASHINGTON, D.C. 20001-2131**

July 29, 2003

Alvin Darnell Smith
Fed. Reg. 05828-007
DCDC# 240-597
Coleman USP
846 NE 54th Terrace
Coleman , FL 33521

RE: <u>United States v. Alvin Smith</u>, F-12129-92

Dear Mr. Smith:

Chambers is in receipt of your correspondence received on July 22, 2003. We understand your concerns of receiving proper educational credit that may be due to you. Such matters should be addressed to your assigned counselor at Coleman USP and to write the District of Columbia Department of Corrections. The addresses to the D.C. Jail Record Office and the Case Management Services Office are as follows:

D.C. Jail Record Office              Case Management Services Office
1901 D Street, SE                    1901 D Street, SE
Washington, DC 20003                 Washington, DC 20003
(202) 673-8257                       (202) 673-8500

We hope that this information meets your needs.

Sincerely,

Michael E. Ellison
Law Clerk for Judge Maurice A. Ross

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
Detention Facility

Office of the Warden



August 26, 2003

Mr. Alvin Darrell Smith
Reg. # 05828-007
F.C.C. (USP) Coleman
P.O. Box 1033
Coleman, Florida  33521-1033

Dear Mr. Smith:

*do*

I am in receipt of your documents regarding educational good time credits.  After review of the documents, I found no transcripts, certificates, or certifying documents to justify awarding you with educational good time.

Therefore, once you provide this office with copies of your certified transcripts and certificates referencing the programs you completed, your face sheet will be adjusted to reflect the awarded educational good time credit.

Steven Smith
Warden

cc:    Odie Washington, Director

SAS:csw

*He Has had (proof package)*
*of (All) Documents Since*
*11-5-03 / sent 11-3-03*
*by Certified mail Xterox*
*Return reciept Card #*
*7000 - 1670 - 0011 - 8979 - 4882*

**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301)492-5821*
*Facsimile: (301)492-5525*

January 26, 2005

Alvin Smith
Reg. No. 05828-007
Coleman USP
P. O. Box 1029
811 N.E. 54th Terrace
Coleman, FL 33521-8997

Dear Mr. Smith:

This is to acknowledge your letter of 10-25-2004, received in the office 01-03-2005.

We appreciate the information you have submitted which will be of assistance in the Commission's review.

Thank you for your interest in this matter.

Sincerely,

*J C Bradford*

Janice C. Bradford
Correspondence Specialist

JCB

The U.S.P.C. — Has Failed to Acknowledge that I am doing a 16 toLife Aggravated Sentence 1st time offense with NO! for which they stated, or enhancements EXAMINER — that I do see statutory (Executive educational, & mentioning good-time but they never subtracted from my P.E.D. or considered, plus wouldn't award deductions the superior programming by — 36 months off Guideline Range.



District of Columbia

**DEPARTMENT OF CORRECTIONS**
Washington, D.C. 20001



Office of the Director

OPI: DRO
Number: 4060.2
Effective Date: December 10, 1990
Chapter: Inmate Management &
Programs

**DEPARTMENT ORDER**

*MR. Edmund P. WALSH A/ Administrator OF D.C. Dept. of Corrections & R.S.C. management services, His Responsibility, solely.*

Subject: Inmate Institutional Files

I.    **Purpose:** To establish and describe the general procedures for managing inmate institutional files.

II.    **Policy:** It is the policy of the District of Columbia Department of Corrections to establish and maintain up-to-date inmate institutional files. These records shall be retained, protected, <u>preserved</u>, <u>retired</u>, <u>and destroyed in accordance with</u> <u>applicable laws, regulations, and rights of privacy.</u>

III.    **Applicability:** This order applies to all inmate institutional files established and maintained by the Department of Corrections.

IV.    **Authority:** The Chief, Detention Facility Record Office (DFRO), is delegated the authority as the agency's records management officer, pursuant to D.C. Code Section 1-2908(B)(b)(2)(c).

V.    **Definitions:** For the purposes of this order, the following definitions apply:

A. Archives - A repository for storing institutional files.

B. Correctional Institutions - The prison or detention facilities operated by the Department of Corrections, this designation does not include halfway houses (Community Correctional Centers).

C. DCDC Number - A numerical system used to identify specific individual inmates.

D. District Record Center - A facility operated by the Government of the District of Columbia to house documents and records.

*See: PAfe 3#-B*
*program update every year on DCDC Facesheet mine not done in 11½ years owed 960 DAYS.*

DC 00605

Page 2 of 6
D.O. 4060.2
December 10, 1990

E. Federal Record Center - A facility operated by the United States Government to house documents and records.

F. Inmate Institutional File - The collection of documents and records that provide information on persons committed to the custody of the Department of Corrections.

G. Records Retention Schedule - An official document authorizing the disposal, storage, and maintenance of institutional files.

H. Retire - The placement of institutional files in storage once they have become inactive.

I. Sentence Expiration - A person's completion of any court imposed sanctions as a result of the following: probation, parole, community service, prison sentence, death.

VI.   Procedures:

A. Creation and Content of Files

1. Each inmate's institutional file is established and maintained to meet the statutory and administrative requirements related to serving a court imposed sentence. These files shall contain current information regarding persons currently confined or previously confined in Department of Corrections institutions.

2. Inmate institutional files shall be created by the DFRO for new inmate admissions as each inmate is processed into the Detention Facility.

3. Generally, inmate institution files shall contain the following types of information:

a. Photograph
b. DCDC number
c. Name and aliases
d. Current address (or last known address)
e. Date, duration of confinement, and a copy of the court order or other legal basis for commitment and release
f. Name, title and signature of delivering officer
g. Specific charge(s)
h. Sex
i. Age
j. Date of Birth
k. Place of Birth
l. Birthmarks, tattoos, other identifying marks

DC 00606

m. Race
n. Present or last place of employment
o. Health status, including any current medical or mental health needs
p. Emergency contact (name, relation, address and phone number)
q. Driver's license and social security numbers
r. Record of cash and all property
s. Fingerprint cards
t. Classification data
u. Separation orders
v. Any other relevant inmate case information, e.g., program participation, social and psychological information, disciplinary actions, work release reports, incidents or crimes committed while in custody, etc.

B. Institutional Files Management



1. Each inmate's institutional file shall be continuously updated in accordance with the judicial, administrative, and programmatic changes affecting him or her.

2. Each inmate's institutional file shall be stored and indexed by DCDC number at the correctional institution in which he/she is housed. The same DCDC number shall be maintained by that inmate during any period of incarceration with the Department of Corrections.

3. Each inmate's institutional file shall be transferred to the correctional institution in which he/she shall be housed. Institutional files shall be transferred immediately along with the inmate as he/she is relocated and reassigned to an alternative correctional institution. Institutional files shall remain at the institution housing the inmate until he/she is transferred or released.

4. When an inmate is transferred to a halfway house his/her institutional file shall be transferred to the community correctional center's record office. When an inmate is placed on parole supervision, the inmate's institutional file shall be forwarded to the DFRO.

5. When an inmate has been officially released from a Department of Corrections' institution, including a halfway house, the inmate's institutional file shall be forwarded to the DFRO.

Page 4 of 6
D.O. 4060.2
December 10, 1990

6. One Hundred Eighty (180) days following each inmate's sentence expiration his/her institutional file shall be removed from the active institutional files and placed in an inactive file status (retired).

7. Each former inmate's DCDC number shall be reactivated if he/she is recommitted to the custody of the Department of Corrections.

8. Former inmates that are more than One Hundred Eighty (180) days past their sentence expirations and are recommitted to custody with additional charges, may have their former institutional files reactivated.

C. Institutional Files Retirement

1. The DFRO will maintain institutional files in accordance with existing statutory requirements, the Records Retention Schedule, and any other applicable regulations.

2. One Hundred Eighty (180) days following each inmate's sentence expiration his/her institutional file shall be shipped and retired to the District or Federal Record Center.

D. Retention and Disposal of Institutional Files

1. Each inmate's institutional file shall be preserved for ten (10) years following the expiration of his/her sentence.

2. Each deceased inmate's institutional file shall be preserved for ten (10) years following his/her death.

3. Inmate institutional files that have been retired to the District or Federal Record Center shall be destroyed ten (10) years following the expiration of an inmate's sentence.

4. Upon official notification of an inmates's death, and after a period of ten (10) years has elapsed, each inmate's institutional file shall be destroyed by the District or Federal Record Center.

5. Persons that receive probation, have charges dismissed, or are acquitted of charges, shall have their institutional files destroyed five (5) years following completion of probation or the final resolution of their cases.

E. Release of Information

Institutional files or information contained in institutional files shall not be released, except under the following conditions:

Page 5 of 6
D.O. 4060.2
December 10, 1990



1. In accordance with applicable laws and regulations, to local, state, and federal law enforcement agencies in the process of conducting law enforcement business;

2. When the subject inmate has specifically authorized the release of information and has signed a written release form (A copy of this form shall be placed in the inmate's institutional file);

3. In response to inquiries from authorized Department of Corrections' personnel seeking retrieval of institutional files from the District or Federal Record Center;

4. In response to Privacy Act or Freedom of Information Act requests. These requests must be approved by the Chief, Correctional Litigation Unit.

F. File Security

1. Only authorized personnel shall be permitted to have access to institutional files.

2. All employees having access to institutional files shall familiarize themselves with regulations applicable to rights of privacy, including the provisions of Public Law 93-579, the "Privacy Act of 1974" and D.C. Law 1-96, "The Freedom of Information Act of 1976."

3. When institutional files are not in use they shall be stored in a secure location.

G. Reports

1. The Chief, DFRO, shall prepare reports to establish a record of institutional files that have been disposed of in accordance with the procedures described in this order.

2. The Chief, Automatic Data Processing Unit, shall support the institutional files management function by establishing automated systems and reports.

H. File Certification

The Chief, DFRO, or other authorized personnel, shall be responsible for certifying the validity of institutional files and presenting these institutional files during court proceedings.

DC 00609

Page 6 of 6
D.O. 4060.2
December 10, 1990

VII.  <u>References</u>:

A. D.C. Law 1-96, "The Freedom of Information Act of 1976."

B. D.C. Law 6-19, "District of Columbia Public Records Management Act of 1985."

C. Public Law 93-579, "Privacy Act of 1974."

D. American Correctional Association Standards:  2-4120, 2-5099, 2-5100, 2-5101, 2-5103, 2-5105, 2-5106, 3-4092, 3-4093, 3-4096

Walter B. Ridley
Director


Attachment:
      Release of Information Form

District of Columbia. (Aug. 18, 1894, 28 Stat. 417, ch. 301; June 29, 1922, 42 Stat. 668, ch. 249; 1973 Ed., § 24-422.)

§ 24-423. Reimbursement of United States.

The United States shall be reimbursed, as heretofore, for the maintenance of District of Columbia inmates, and all sums paid by such District for such maintenance for the service of the fiscal year 1927 and subsequent fiscal years shall be covered into the Treasury as "miscellaneous receipts." (Apr. 29, 1926, 44 Stat. 347, ch. 195, title II; 1973 Ed., § 24-423.)

§ 24-424. Charge against District for care of convicts.

The cost of the care and custody of District of Columbia convicts in any federal penitentiary shall be charged against the District of Columbia in quarterly accounts to be rendered by the disbursing officer of said penitentiary; and the amount to be charged against the District of Columbia shall be ascertained by multiplying the average daily number of District of Columbia convicts confined in the penitentiary during the quarter by the per capita cost for all prisoners in such penitentiary for the same quarter but excluding expenses of construction or extraordinary repair of buildings. (Mar. 3, 1915, ch. 75, § 1; 1973 Ed., § 24-424.)

Cited in Cannon v. United States 645 F.2d 1128 (D.C. Cir. 1981), Ramer v. United States, 641 F. Supp 368 (D.C. 1946)

§ 24-425. Place of imprisonment.

All prisoners convicted in the District of Columbia for any offense, including violations of municipal regulations and ordinances and acts of Congress in the nature of municipal regulations and ordinances, shall be committed, for their terms of imprisonment, and to such types of institutions as the court may direct, to the custody of the Attorney General of the United States or his authorized representative, who shall designate the place of confinement where the sentence shall be served. The Attorney General may designate any available, suitable, and appropriate institutions, whether maintained by the District of Columbia government, the federal government, or otherwise. The Attorney General is also authorized to order the transfer of any such person from one institution to another, if, in his judgment, it shall be for the well-being of the prisoner or relieve overcrowding or unhealthful conditions in the institution, where such prisoner is confined, or for other reasons. (July 15, 1932, ch. 492, § 11, June 6, 1940, 54 Stat. 244, ch. 254, § 8; 1973 Ed., § 24-425.)

Cross reference. — As to designation of Mayor as representative of Attorney General, see § 24-466.

Section references. — This section is referred to in §§ 24-207 and 24-468.

Required showing to make successful

claim of Eighth Amendment violation. — To successfully claim that his Eighth Amendment rights against cruel and unusual punishment have been violated by prison officials, a prisoner must show either that the officials willfully violated their responsibilities to protect the prisoner or that violence and sexual assault occur with sufficient frequency to put the prisoner in reasonable fear for his safety and to reasonably apprise prison officials of the existence of the problem and the need for protective measures. Murphy v. United States, 653 F.2d 637 (D.C. Cir. 1981).

Federal control over daily supervisory operations necessary for liability for injury. — In an action to hold the officials in control over day-to-day supervisory operations of the prison is necessary for Federal Tort Claims Act, 28 U.S.C. § 2671 et seq., liability for injuries to prisoners in the legal custody of the United States Attorney General. Cannon v. United States, 645 F.2d 1128 (D.C. Cir. 1981).

Employees of Lorton Reformatory are not supervisory, nor are both of those of agency in an official capacity when they undertake to supervise federal prisoners who have been committed to the legal custody of the United States Attorney General. United States, 645 F.2d 1128 (D.C. Cir. 1981).

Incarceration outside District. — Although it was inconvenient to the female plaintiffs and their families, they did not have a justifiable expectation that the plaintiffs would be incarcerated in a metropolitan area, and neither their statutory nor their constitutional rights were violated by their incarceration outside the District of Columbia. Pitts v. Meese, 684 F. Supp. 303 (D.D.C. 1987).

As long as the prisoner will not be transferred. — In the absence of a written rule or regulation confining transfers of District of Columbia prisoners to cases of mistreatment, in cases of mission-oriented transfers. Neither the court statute nor the Attorney General's scheme limits the authority of the Attorney General to transfer District of Columbia prisoners to a federal facility, and a transfer of a District of Columbia prisoner is unqualified so that due process protections are not triggered with respect when a District of Columbia prisoner is transferred to a federal prison from the District of Columbia. v. Jackson, 422 F. Supp. 926 (D.C. 1976).

As long as this section is in the Code, a District of Columbia prisoner can have no legitimate expectation that he will remain at Lorton because the law's remain at Lorton throughout his term and therefore he has no interest protected by the due process clause from summary deprivation. Since a prisoner's interest in remaining at Lorton is not even protected by the due process interest mentioned in this section, the law will not protect in from negli-

gent invasion District of Columbia v. Cooper, App. D.C. 483 A.2d 317 (1984).

A District of Columbia prisoner can have no legitimate expectation that he will remain at Lorton throughout his term. Without such an expectation, a prisoner has no interest which is protected by the Due Process Clause from summary deprivation. Newlin v. District, App. D.C. 469 F. Supp. 26 (D.C. 1980).

Disciplinary transfer does not unconstitutionally infringe upon prisoners' rights. — The right of parole and release, and good time credit belongs to prisoners at the Lorton Correctional Complex are not unconstitutionally infringed by the transfer of prisoners for disciplinary reasons to federal prisons in other states. Curry-Bey v. Jackson, 422 F. Supp. 926 (D.C. 1976).

Federal officials have no duty to administrative hearing before his transfer from reformatory to penitentiary. Smith v. Saxbe, 562 F.2d 729 (D.C. Cir. 1977).

Hearings prior to transfer. — District of Columbia prisoners have no due process right to a hearing before being transferred to another prison. Newlin v. District, D.C. Dept of Cor., 469 F. Supp. 25 (D.C. 1980).

Parole review. — District of Columbia Code offenders properly incarcerated in federal penitentiaries under this section are subject to parole review before the federal Parole Commission rather than the District of Columbia Parole Board. Goode v. Markley, 603 F.2d 973 (D.C. Cir. 1979), cert. denied, 445 U.S. 1083, 100 S. Ct. 1038, 63 L. Ed 2d 861 (1980).

Escape from mental hospital subject to Federal Escape Act. — The transfer of physical custody of the defendant to a metropolitan from a District of Columbia jail pursuant to § 24-302 was not inconsistent with nor exclusive of the legal custody of the Attorney General, and defendant's escape from the hospital was an escape from the "custody of the Attorney General" under the Federal Escape Act. Frazier v. United States, 339 F.2d 745 (D.C. Cir. 1964).

Departure from halfway house an escape from Attorney General's custody. — Where a convicted defendant in a halfway house run by a nonprofit organization functioning under a contract with the Department of Corrections without permission, his action constituted an escape from the Attorney General's legal custody to which defendant was remitted even when he was assigned to a facility not under the control of the Attorney General when he departed. United States v. Taylor, 485 F.2d 1077 (D.C. Cir. 1973)

Allegation of transfer to hamper pending habeas corpus proceeding. — A defendant's allegation that he had been transferred from

confinement in Virginia to jail in the District of Columbia hampered his pending habeas corpus hearing in the Court of Appeals for 4th Circuit did not present most question, where defendant was entitled to hearing at least as to the legality of his transfer in view of failure of District of Columbia to controvert defendant's allegations Bolden v. Clemmer, 296 F.2d 308 (D.C. Cir 1961).

Cited in Milhouse v. Levi, 548 F.2d 357 (D.C. Cir. 1976); Dobbs v. Neverson, App. D.C., 393 A.2d 147 (1978); Campbell v. McGruder, 580 F.2d 521 (D.C. Cir. 1978); Gale v. United

States Dep't of Justice, 628 F.2d 224 (D.C. Cir. 1980); Bryant v. Civiletti, 663 F.2d 286 (D.C. Cir. 1981); Neal v. Director, D.C. Dep't of Corr., 684 F.2d 17 (D.C. Cir. 1982); United States v. Redwood, 110 WLR 1485 (Super. Ct.); Cosgrove v. Smith, 697 F.2d 1125 (D.C. Cir. 1983); Morgan v. District of Columbia, 618 F. Supp. 754 (D.D.C. 1985); James-Bey v. Freeman, 538 F. Supp. 761 (D.D.C. 1982); Ross v. United States, 641 F. Supp. 368 (D.D.C. 1986); Inmates of Occoquan v. Jenkins, 622 F. Supp. 554, and District of Columbia Dep v. District of Columbia, 841 F.2d 1133 (D.C. Cir. 1988).

## § 24-426. Rewards.

The Mayor of the District of Columbia, pursuant to regulations prescribed by the Council of the District of Columbia, is authorized to provide for the payment of rewards for the capture, or for information leading to the apprehension, of fugitives from the District of Columbia penal, correctional, and welfare institutions and of conditional release and parole violators. Funds appropriated pursuant to this section shall be apportioned and expended in the discretion of, and upon such conditions as may be imposed by, the Mayor of the District of Columbia. No reward money shall be paid to any officer or employee of the Metropolitan Police Department, or of any penal, correctional, or welfare institution, or of any court, legal agency, or other agency closely involved in the criminal justice system. (1973 Ed., § 24-426, Oct. 26, 1973, 87 Stat. 506, Pub. L. 93-140, § 11.)

Cross references. — As to general prohibition of rewards to police officers, see § 4-133. As to prohibition for time police officers receiving compensation from persons arrested or liable for arrest, see § 4-175

Change in government. — This section originally said in government. — This section powers were delegated to the Commissioner of the District of Columbia. The District of Columbia Self-Government and Governmental Reorgan-

zation Act, 87 Stat. 818, § 1711 (D.C. Code, § 1-211), abolished the District of Columbia Council and the Office of Commissioner of government. These branches of government were replaced by the Council of the District of Columbia and the Office of Mayor of the District of Columbia, respectively. Accordingly, the Council of the District of Columbia Act of D.C. Code pursuant to § 1 714(a) of such Act, at D.C. Code pursuant to § 1 714(a) of such changes in terminology were made in this section

## § 24-427. Discharge and release payments.

The Mayor of the District of Columbia is authorized to furnish each prisoner upon his release from a penal or correctional institution under the jurisdiction of the government of the District of Columbia with suitable clothing and, in the discretion of the Mayor, a sum of money, which shall not exceed $100. (1973 Ed., § 24-427, Oct. 26, 1973, 87 Stat. 506, Pub. L. 93-140, § 12.)

Change in government. — This section originated at a time when local government powers were delegated to the Commissioner of Columbia Council and as a Commissioner of the District of Columbia The section

Self Government and Governmental Reorganization Act, 87 Stat. 818, 1711 (D.C. Code, § 1-211), abolished the District of Columbia Council and as a Commissioner of the District of Columbia These branches of

522

ernment were replaced by the Council of the District of Columbia and the Office of Mayor of the District of Columbia, respectively. Accordingly, and also pursuant to § 714(a) of such

Act, D.C. Code, § 1-213(a)), appropriate changes in terminology were made in the section

## § 24-428. Institutional good time.

(a) Every person who is convicted of a violation of the law in the District ("District") criminal law by a court in the District of Columbia, imprisoned in a District correctional facility, and whose conduct is in conformity with all applicable institutional rules is entitled to institutional good time credits in accordance with the provisions of this section. Application of good time credits shall commence on the 1st day of the person's commitment to the custody of the Department of Corrections ("Department"), as follows:

(1) Five days for each month, if the sentence is not less than 30 days and not more than 1 year.

(2) Six days for each month, if the sentence is more than 1 year and less than 3 years.

(3) Seven days for each month, if the sentence is not less than 3 years and less than 5 years.

(4) Eight days for each month, if the sentence is not less than 5 years and less than 10 years.

(5) Ten days for each month, if the sentence is 10 years or more.

(6) When 2 or more consecutive sentences are to be served, the aggregate of the several sentences shall be the basis upon which the good time credits shall be applied.

(b) Good time credits authorized by the provisions of this section shall be applied to the person's minimum term of imprisonment to determine the date of eligibility for release on parole, and to the person's maximum term of imprisonment to determine the date on which the person shall be released on parole.

(c) Good time credits applied to the minimum term of imprisonment shall be computed solely on the basis of the minimum term of imprisonment. Good time credits applied to the maximum term of imprisonment shall be computed solely on the basis of the maximum term of imprisonment.

(d) Institutional good time credits under this section shall be applied without regard to the person's award of educational good time credits under § 24-429. (Apr. 11, 1987, D.C. Law 6-218, § 2, 34 DCR 484.)

Legislative history of Law 6-218. — Law 6-218 was introduced in Council and assigned Bill No. 6-505, which was referred to the Committee on the Judiciary. The Bill was adopted on first and second readings on November 25, 1986 and December 16, 1986, respectively. Signed by the Mayor on January 6, 1987, it was assigned Act No. 6-253 and transmitted to both Houses of Congress for its review.

Short title. — The first section of D.C. Law 6-218 provided "That the act may be cited as the 'District of Columbia Good Time Credits Act of 1986'."

Delegation of authority pursuant to Law 6-218. — See Mayor's Order 87-121, May 27, 1987

523

§ 24-429. Educational good time.

(a) Every person whose conduct complies with institutional rules and who demonstrates a desire for self-improvement by successfully completing an academic or vocational program, including special education and Graduate Equivalency Diploma programs, shall earn educational good time credits of no less than 3 days a month and not more than 5 days a month. These credits shall not be awarded until completion of the academic or vocational program.

(b) Educational good time credits authorized by the provisions of this section shall be applied to the person's minimum term of imprisonment to determine the date of eligibility for release on parole and to the person's maximum term of imprisonment to determine the date when release on parole becomes mandatory. (Apr. 11, 1987, D.C. Law 6-218, § 3, 34 DCR 484.)

Section reference. — This section is referred to in § 24-428.
Short title. — See note to § 24-428
Legislative history of Law 6-218. — See note to § 24-428

§ 24-430. Administration of good time credits.

(a)(1) The Mayor shall administer the award of educational good time credits.

(2) The Mayor shall promulgate proposed rules for granting, withholding, forfeiting, cancelling, and restoring educational good time credits.

(3) The proposed rules shall be submitted to the Council of the District of Columbia ("Council") for a 45-day period of review, excluding Saturdays, Sundays, legal holidays, and days of Council recess. If the Council does not approve or disapprove the proposed rules, in whole or in part, by resolution within this 45-day review period, the proposed rules shall be deemed approved.

(b) The Mayor shall establish an Institutional Appeals Board ("Board") of 5 persons not employed by the Department of Corrections, to review the granting, withholding, forfeiture, cancellation, and restoration of good time credits. The Department shall provide staff support to the board. An inmate shall be entitled to appeal a decision to the board. The board shall review the record of the inmate and any additional materials submitted by the inmate or the Department. The decision of the board shall be final. (Apr. 11, 1987, D.C. Law 6-218, § 4, 34 DCR 484.)

Section reference. — This section is referred to in § 24-432 Short title. — See note to § 24-428
Legislative history of Law 6-218. — See note to § 24-428

§ 24-431. Jail time; parole.

(a) Every person shall be given credit on the maximum and the minimum term of imprisonment for time spent in custody or on parole as a result of the offense for which the sentence was imposed. When entering the final order in any case, the court shall provide that the person be given credit for the time



















spent in custody or on parole as a result of the offense for which sentence was imposed.

(b) When a person has been in custody due to a charge that resulted in a dismissal or acquittal, the time that would have been credited against a sentence for the charge, had the charge not resulted in a dismissal or acquittal, shall be credited against any sentence that is based upon a charge for which a warrant or commitment detainer was placed during the pendency of the custody.

(c) Any person who is sentenced to a term of confinement in a correctional facility or hospital shall have deducted from the term all time actually spent, pursuant to court order, by the person in a hospital for examination purposes or treatment prior to trial or pending an appeal. (Apr. 11, 1987, D.C. Law 6-218, § 6, 34 DCR 484.)

Legislative history of Law 6-218. — See note to § 24-428
Short title. — See note to § 24-428

§ 24-432. Forfeiture.

The award of good time credits for good behavior and faithful performance of duties may be forfeited, withheld, and restored by the Director, in accordance with rules promulgated by the Mayor pursuant to § 24-430, after a hearing, which shall be conducted in accordance with the rules. (Apr. 11, 1987, D.C. Law 6-218, § 6, 34 DCR 484.)

Legislative history of Law 6-218. — See note to § 24-428
Short title. — See note to § 24-428

§ 24-433. Reporting requirement.

The Department shall regularly inform inmates of all awards, forfeitures, and restorations of good time credits and shall inform the Board of Parole of all persons who are expected to become eligible for release on parole within 45 days of their eligibility date and shall inform the Board of Parole of all persons whose release on parole will become mandatory within 45 days of the date when their release on parole becomes mandatory. (Apr. 11, 1987, D.C. Law 6-218, § 7, 34 DCR 484.)

Legislative history of Law 6-218. — See note to § 24-428
Short title. — See note to § 24-428

It is minimum 150 Days of Mandatory Date

10-31-2004 Showing on Face Sheet

minus 1110   525 = 3 persons filed

Aug 5, ... filed

PRISONS AND THEIR TREATMENT

§ 24-434

§ 24-434a. Exceptions.

Institutional and educational good time credits shall not be applied to the minimum terms of persons sentenced under the District of Columbia Mandatory-Minimum Sentences Initiative of 1981, effective March 9, 1982 (D.C. Law 4-166; §§ 22-3202, 33-501 and 33-541). (Apr. 11, 1987, D.C. Law 6-218, § 8, 34 DCR 484.)

Legislative history of Law 6-218. — See note to § 24-428

Short title. — See note to § 24-428

Subchapter II. Department of Corrections.

§ 24-441. Created.

There is created in and for the District of Columbia a Department of Corrections to be under the charge of a Director who shall be appointed by the Mayor of the District of Columbia. (June 27, 1946, 60 Stat. 320, ch. 507, § 1; 1973 Ed., § 24-441.)

Cross reference. — As to Director of Department of Corrections to designate officers of Department as to service of process and a psychologist to provide for the custody, care, discipline, and management of all persons committed to the Workhouse. — This section originated at a time when local government powers were delegated to a Board of Commissioners of the District of Columbia two Acts Relating to the Establishment of the District of Columbia and its Various Forms of Governmental Organization in Volume I. Section 402(113) of Reorganization Plan No. 3 of 1967 (see Reorganization Plans in Volume II transferred all of the functions of the Board of Commissioners under this section to the District of Columbia Council, subject to the provisions of § 406 of the Plan. The Commissioner as provided in § 406 of the Plan transferred the regulatory and other functions of the Board of Commissioners under this section to be administered under the direction and supervision of the Commissioner of the District of Columbia by § 401 of Reorganization Plan No. 3 of 1967. Section 402(113) of the Plan transferred the functions of the Board of Commissioners under this section to the District of Columbia Council and the Office of Commissioner of the District of Columbia. These branches of government under this section were replaced by the Council of the District of Columbia and the Office of Mayor of the District of Columbia, respectively. Accordingly, and also pursuant to § 711(a) of such Act (D.C. Code § 1-213(a)), appropriate changes in terminology were made in this section.

Department of Corrections abolished. — The department of Corrections was abolished and the functions thereof transferred to the Board of Commissioners of the District of Columbia by Reorganization Plan No. 5 of 1952. Reorganization Order No. 34 of the Board of Commissioners, dated May 28, 1953, established the Department of Corrections and the Director of Corrections, effective July 24, 1953, published under the direction and control of the

526

PRISONS AND PRISONERS

§ 24-442

Said Department of Corrections under the general direction and supervision of the Mayor of the District of Columbia shall have charge of the management and regulation of the Workhouse at Occoquan in the State of Virginia, the Reformatory at Lorton in the State of Virginia, and the Washington Asylum and Jail, and be responsible for the safekeeping, care, protection, instruction, and discipline of all persons committed to such institutions. The Department of Corrections with the approval of the Council of the District of Columbia shall have power to promulgate rules and regulations for the government and discipline of such institutions and to establish and conduct industries, farms, and other activities, to classify the inmates, and to provide for their proper treatment, care, rehabilitation, and reformation. (June 27, 1946, 60 Stat. 320, ch. 507, § 2; 1973 Ed., § 24-442.)

Cross references. — As to former management and control of institutions, see § 3-106. As to apprehension of prison fugitives, see § 24-426. As to establishment against payment of rewards to officers and employees of Department of Corrections, see § 24-426.

Section references. — This section is referred to in § 24-441.

Change in government. — This section originated at a time when local government powers were delegated to a Board of Commissioners of the District of Columbia two Acts Relating to the Establishment of the District of Columbia and its Various Forms of Governmental Organization in Volume I. Section 402(113) of Reorganization Plan No. 3 of 1967 (see Reorganization Plans in Volume II transferred all of the functions of the Board of Commissioners under this section to the District of Columbia Council, subject to the provisions of § 406 of the Plan. The Commissioner as provided in § 406 of the Plan transferred the regulatory and other functions of the Board of Commissioners under this section to be administered under the direction and supervision of the Commissioner of the District of Columbia by §§ 818, § 711 (D.C. Code, § 1-211), abolished the District of Columbia Council and the Office of Commissioner of the District of Columbia. These branches of government under this section were replaced by the Council of the District of Columbia and the Office of Mayor of the District of Columbia, respectively. Accordingly, and also pursuant to § 711(a) of such Act (D.C. Code § 1-213(a)), appropriate changes in terminology were made in this section.

Department of Corrections abolished. — See note to § 24-441.

Regulations governing Lorton Correctional Complex approved. — Section 2 of D.C. Law 4-153 provided that the Metropolitan Area Regulations governing residents of the Lorton Correctional Complex as adopted by the Director-Corrections pursuant to D.C. Law 4-40 provided that this act shall expire on the 160th day of its having taken effect. Cited in United States, 645 F.2d 1128 (D.C. Cir 1981).

527

Correctional Facility Study Commission established — D.C. Law 6-58, effective November 19, 1985, established a Correctional Facility Study Commission.

Standard for measuring constitutionality of conditions of pretrial confinement. Absent a violation of a specific constitutional guarantee, the constitutionality of the conditions of pretrial confinement can be measured only by determining the liberty of interests of the pretrial detainee against the need of the state to protect the safety of the community. Campbell v. McGruder, 580 F.2d 521 (D.C. Cir 1978).

Pretrial detainees generally retain more rights than convicted prisoners. Campbell v. McGruder, 580 F.2d 521 (D.C. Cir 1978)

Each restriction of liberty imposed upon pretrial detainees must be examined carefully to determine if it is justified by substantial necessity of the institution. Campbell v McGruder, 580 F.2d 521 (D.C. Cir 1978)

Certain conditions subjected to closest scrutiny. — Conditions of confinement that are likely to impair a pretrial detainee's mental or physical health or that impede the preparation of his defense to the crime which he is charged must be subjected to particularly and can be justified only by the most compelling necessity. Campbell v. McGruder, 580 F.2d 521 (D.C. Cir 1978)

Equal application of law. — This section applies equally to all persons who are under arrest or in the custody and control of members of the Metropolitan Police Department of the District of Columbia. (App. D.C., 949 A.2d) (1986).

Rules and regulations and discipline of prisoners convicted of offenses against the United States has been committed to prison authorities. Attwood v. Clemmer, 206 F. Supp 370 (D.D.C. 1962).

COPY(E) of :} ORIGINAL.

* Letter to revend Bonds
to true account holder.

P.(1) RE: (SELF BONDS)                    *DATE; 7-7-08 *

1) F.O.I.A — request (5 USC 552)

Dear, clerk of the court — of the
USAC — DC

I'm Here by writing to you on the behalf
OF clarifing the (SELF Bonds) I'm asking
your assintance In securing these securities
back to the rightful. owner, whom is
myself the secured — party — creditor A
member of the U.C.C. — uniform commercial
code. the proper party whom has the Record
of self bonds Is A.T.C. — RISK management
manager mrs. Diane Bramon, Luwhich U.&0
From Date of recieving my F.O.I.A. Has'nt
Rendered said Documents I seek whrch
is held by A.T.C. — under * AUTO/this CUSIP
*see p. 2 *; where to Find on Line. I would
Highly Appreciate you Looking Into this
matter and securing the Documents I'm
seeking!
                          Thank you!
                          Sincerely yours
                      mr Alvin — Barrett: Smith
(over-PAGE)            (Sovereign)

* 1st - Certified Ticket # - 7006-276 0004-6154-7687 *
recieved oct - 9th 2007 at the Depository Trust clearing
corporation By patrick J. Hearty For;
Sent oct - 2 nd 2007

P (A) RE: Bill Bonds being Held under _ A) ate;-
auto/this - CU.S.I.P. by the
Depository Trust clearing corporation,-

At 1,  the Depository Trust clearing corporation
(Risk management manager)
Mrs. Diane Bramon
55th water street
New york , New york
10012 *

* Note! (A), T.C. - is under the control of, the
Securities and Exchange commission,;
(2) the New york state Banking Department
And (3) the Federal Reserve Bank of New.
york, And also! (4) the Federal Trade
commission. $19. Trillion Dollars - In
certificates (A), T.C. = NYSE, and Federal
Reserve Bank CEDE, CO. (or) CEDE and
CO. . phone!(212) 855-3320
FAX ! (212) 855-3274
* #19. Trillion all pledge to the United Nations.
* ( where to Find )

p.(II)

$ 19. - Trillion Dollars, worth oF Bid Bonds
the certificates, Are held by D. T. C.
called (C.U.S.I.P.) - Committee on uniForm
Securities identiFication procedures
(C.U.S.I.P.) - the committee that assigns
the numbers to (securities For Ident-
iFication * (usually self Bonds), which
uses your Social Security number, without
the dashes As such, (224088198) * Bonds
Are being used to underwrite my prison
time, while incarcerated, on probation +
parole also! called (wareHouse receipts).

(Find on
(line #8 (www.speculativebubble.com/terms/cusip
.shtml)

1, the Bid Bond     - GSA-Form (24)
2, the perFormance  - SF-(25), Bond
3, the payment      - SF-(25)A, bond
4) the miller act Re-insurance Bond

* Both sets-oF Bonds Are needed For -
Criminnal case no's. F-12129-92 (C, D, E)
And 373-94 * D.C. Superior ct. wmsh, DC.

p. (III)

EStAblisHed by my, "True Bill of Indictment *
ReGulAted by U.C.C.-3-410(2) 1,000,000 —
to eAch count. Also / Governed * By 28 USC-
2-1961, 5 USC 1635 (A), Title 12:C.F.R.-
226, 23 di, * CASE ReFerence / 329 F.3d
1167 9ᵗʰ circuit 2003 *) yamamoto v. BAnk
oF Hy.

[Regulation (2) —]

* my SeLF Bid Bonds Are worth, 66 million —
120. million, For (1) set on BotH setS oF
Bonds being held For my name, under my
SociAl security number, Inwhich I'm the
owner oF the above SAid property, Inwhich
the USA corporation Inc. HAS committed
FrAud AGAinst me, by using my name, to
set up A FicTionAl compAny For my nAme
ALVIN DARRELL SMITH, (En¢ Legin) ArtiFicAl
person, using Also! my SociAl security number,
And BirtHcertiFicAte to GenerAte Funds
For the USA corporation Inc, without
my consent, *I ask thAt the penAl
Sums oF both sets oF Bid Bonds be
delivered to me viA certiFied mail
And StAmped A "true ¢ certiFied copy
with SignAtures ¢ dAtes oF persons,

[* StrAw 2
— mAn ]

(IV). Collecting Funds off these Fraudulent Accounts, because I am the principal owner of all the above Accounts therefore mentioned in this (Legal - Document) Instrument Herein as the (Secured - party - creditor). I am the (Holder - In - due - course), the true Record owner, the true Trade name owner, and a true Sovereign by Blood & Flesh being, under YHWH (GOD), the Supreme Sovereign the King of Kings and Lord of Lords, ELOHIYM Yehowshuwah o mashiyack (Lord Jesus Christ).

— and have a      Thank you! nice day!             Sincerely yours

                    Mr. Alvin - Darrell : Smith ©
                    (Secured - party - creditor)
CC'ed - to          under U.C.C. 1-207, 1-102
All parties         W.O.P. or recourse
Et, Al,             SPC, J.E.A, / I.S.A.  3 X's
                    ( Sovereign )  3 Mr. E. EL
                                        (SM)

U.C.C. (Security agreement no.
(ADS - 032880 - SA - 1)
See: Attached U.C.C. 1 & 1 nd
security Transaction.

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
2006-2172034-97.01

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Alvin Darrell Smith
c/o Post Office Box 2000
Bruceton Mills, W. Virginia
26525

2006-2172034-97.01
Kentucky Secretary of State
File Date        6/1/2006 4 30 00 PM
Status           Active
Fee              $10.00

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1 DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | Smith | Alvin | Darrell | | |
| | 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 1921 Robert Hall Blvd. | Chesapeake | VA | 23324 | USA |

| 1d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | | |
| | 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 2d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | Smith | Alvin | Darrell | | |
| | 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 1921 Robert Hall Blvd. | Chesapeake | VA | 23324 | uSA |

**4. This FINANCING STATEMENT covers the following collateral:** All of DEBTOR'S assets, land and personal proper-
ty, all of DEBTOR's interest in said assets, land and personal property,
now owned and hereafter acquired, now existing and hereafter arising,
and wherever located, described fully in Security Agreement No. ADS 0328-
8OSA dated the twenty-eigth day of the third month, in the year of our
Lord one thousand nine hundred sixty two. Inquiring parties may consult
directly with DEBTOR for ascertaining detail/s of the Financial Relation
ship and contractual obligation associated with this commercial transac-
tion; identified in Security Agreement referenced above. Adjustment of
this filing is in accord with UCC § 1-103, 1-104 and House Joint Resolu-
tion 192 of June 5th, 1933. Secured Party accepts DEBTOR'S signature in
accord with UCC § 1-201(39), 3-401.

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | X SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

COPY (15)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| Smith | Alvin | Darrell |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY— NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

CERTIFIED MAIL NUMBER __7006 2760 0004 6934 7816__

---

LETTER ROGATORY

*my copy!*
*Accep*

(1)

(2) TO: *Judge Mr. Maurice A. Ross*
*Clerk of the Criminal Division*

(3) *Mr. Eric Christian*           Date: *9-6-* ,2007
*U.S. attorney's office*    (5) *Office of Audit*
*special proceedings*       (6) *Office of Comptroller*
(4) *D.O.U.S.A.*             (7) *Office of G.A.O. /* (8)
                                                          *Offic*
From: *Mr. Alvin Smith* (c),Auth.Rep *(240-597) DCDC*    *of I.G*
Secured Party/Creditor                  *(05828-007) Fed. No.*
uSP-Hazelton
Four-Five-Zero Skyview Drive
City of Bruceton Mills, West Virginia,26525
united States of America
DMM Reg. Sec, 122.32; Public Law 91-375, Sec 403

RE: LETTER ROGATORY REQUESTING TO DELIVER,TO ME THE BID BOND,
PERFORMANCE BOND,PAYMENT BOND AND MILLER ACT REINSURANCE BONDS
HELD BY AUTOTRIS/CUSIP NO # *224088198*     Case No# *F-12129-92*
AND OTHER GOVERNMENT AGENCIES.              *a, b, c, - Sush*
                                            *And 373-94 - Kotelly*
Dear *All of the Above*

    This letter rogatory is requesting that you deliver to me
Bid Bond,Performance Bond,Payment and Miller Act reinsurance Bond
by, AutoTRIS/CUSIP # *224088198*    Case No# *F-12129-92*  the
committee that assigns the number to securities for identification
which were being used to underwrite my time in prison and or
probation.

Iam requesting you to deliver my bonds as requested above,so I can
Accept them for full post settlement and closure of the account;As
Iam the fiduciary trustee and principal in this account; Iam also
requesting the total amount the Bond Bill,so I can Discharge the
Debtor's Public debts pursuant to Public Law House Joint Resolution
192 of June 5,1933 (HJR), and Fed.R.Civ.P Rule 8.

As the principal and fiduciary trustee,Iam Accepting your charges
For Value and Consideration in return and Post Settlement and
Closure of Case No# *F-12129-92* and AutoTRIS/CUSIP *224088198*
Date: *8-6-* 2007.

1 of 3

Please use my Exemption for full settlement and closure of this account as this Account is Pre-Paid and Exempt from Levy.

Because, I'm the Fiduciary Trustee of the DEBTOR Strawman/Ens Legis, a Cesti Que Trust, in this capacity I have the responsibility as his authorized Representative, Attorney-In-Fact the duty obligation to discharge all DEBTOR'S debts by operation of Law.

*All the*
My above in your official capacity you have the fiduciary duty and obligation to follow the law and to support your U.S. Constitution, in which you had took an Oath of Office, and therefore, you **MUST** support Public Law HJR-192 **of June 5, 1933**, Public Law 73-10, and 59 S.Ct. 847 **(FN3)**, HJR-192 states as follows: "Any obligation shall be discharged upon Payment, Dollar for Dollar, in any such coin or currency which at the time of payment is legal tender for public, and private debts, because the **UNITED STATES CORPORATION** is in **Bankruptcy**. There is no money, because the UNITED STATES and all municipalities are in bankruptcy and the only currency that exists is the people's credit. "The US Trust Fund is where the People's Property has been collateralized to create the credit of the nation"., **73rd Congress, March 9, 1933**, it says; "(The new money) will be backed by the credit of the nation. It will represent a mortgage on all the homes and property of all the people in the nation". Therefore, you **must** discharge setoff and closure of account pursuant to **HJR-192, March 9, 1933**. By you knowning this in your official capacity you **must** comply with this Public Law HJR-192 without delay.

To the contrary, or your refusal to do so, you are acting as **(unlawful debt collector for an invalid debt that the other party defaulted already)**. **NOTE:** that when an artificial person requires that I pay in **FRNs**, he is in violation of HJR-192 and acting **"against"public policy"**. Because as a result of House Joint Resolution 192 of June 5, 1933 (HJR-192), a debt can no longer be **"paid"** because the only way lawful payment can be made with gold/silver coin/currency-was made **"illegal"**.

_Mr. All of the above_

Mr._____a response is required within twenty(20) calender Days,U.C.C. § 1-206(10), from the date of receipt of the "Letter Rogatory" and mailed service time included; Neglect on the part of the Respondent **shall** create on your part a Delictual Fault (A Default) **U.C.C.§1-206(16)**, and tacit **admission,nil dicit**(Judgement of Confession) to stand as fact in Law/Legal Proceedings.

Sincerely  _Red Ink Signature_

_Mr. Alvin - Darrell : Smith ©_

**Secured Party/Creditor**
**Holder-In-Due-Course**
**Record Owner**
**Trade Name Owner**
**Sovereign**

_w.o.p. or recourse_
_under U.C.C. 1-207 & 103.6_

**"AUTHORIZED BY THE ACT OF July 27, 1955 TO ADMINISTER OATHS (18USC 4004)."**

**CORRECTIONAL TREATMENT SPECIALIST**

_8-20-07_

**DATE**



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

OFFICE OF
INSPECTOR GENERAL

June 6, 2008

Mr. Alvin D. Smith
05828-007
3-A Unit
McCreary, P.O. Box 3000
Pine Knoll, KY 42635

Dear Mr. Smith:

I've received your May 26, 2008 letter, which responded to my letter to you dated May 16, 2008. In my letter I asked you to clarify the issues about which you had previously written, so that I could determine if your concerns were within the jurisdiction of the Treasury Office of Inspector General (OIG), or if they appeared to be within the purview of another office.

Upon review of your May 26 letter, I conclude that the issues you raise are not within the Treasury OIG's jurisdiction, as they do not involve a Treasury program or operation. They appear to more directly concern programs and operations of the Department of Justice. Accordingly, I recommend that you contact the Justice Office of Inspector General. That office reviews allegations of waste, fraud and abuse in Justice programs and operations, and also reviews allegations that Justice employees have violated the civil rights of individuals. Here is the contact information for both types of allegation:

To report waste, fraud, abuse, or misconduct to the OIG:

Office of the Inspector General
U.S. Department of Justice
Investigations Division
950 Pennsylvania Avenue, N.W.
Room 4706
Washington, DC 20530

**e-mail:** oig.hotline@usdoj.gov

**hotline:** (contact information in English and Spanish): (800) 869-4499

or **hotline fax:** (202) 616-9881

To report violations of civil rights or civil liberties to the OIG:

Civil Rights & Civil Liberties Complaints
Office of the Inspector General
U.S. Department of Justice

950 Pennsylvania Avenue, N.W.
Room 4706
Washington, D.C. 20530

**e-mail**: inspector.general@usdoj.gov

**hotline**: (contact information in English and Spanish): (800) 869-4499

or **hotline fax**: (202) 616-9898.

Sincerely,

R. K. Delmar
Counsel to the Inspector General

**U.S. Department of Justice**

*Washington, D.C. 20530*

**NOV 0 1 2007**

Alvin D. Smith
Reg. No. 05828-007
Unit: E2-109
U.S.P. - Hazelton
P.O. Box 2000
Brucetonmills, WV 26525

Re: Case No. F-12129-92 (C.D.E.)

373 - 94

Dear Mr. Smith:

This is in response to your request, Certified Mail Number 7006 2760 0004 6934 7694, dated August 6, 2007. Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ). Federal agencies are required to respond to a FOIA request within 20 business days. This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. The component(s) to which your request has been forwarded are indicated on the enclosed FOIA/PA Referral/Action Slip. All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

FOIA/PA
Executive Office for U.S. Attorneys
Department of Justice
600 E Street, NW, Room 7300
Washington, DC 20530-0001
(202) 616-6757

Sincerely,

Ronald Deacon

Ronald Deacon, Director
Facilities and Administrative
    Services Staff
Justice Management Division

Enclosure
FOIA/PA Referral/Action Slip

**U.S. Department of Justice**
Justice Management Division

**Freedom of Information Act/Privacy Act Referral/Action Slip**

Clerk:  M. Barnes

Organization:  JMD/FASS

Building & Room:  LOC, 113

Date:

NOV 0 1 2007

| To | From | | To | From |
|----|------|----|----|------|
| ❑ | ❑ | Office of Information & Privacy | ❑ | ❑ | Immigration Review, Executive Office for |
| | | _____ | ❑ | ❑ | Inspector General, Office of |
| | | _____ | ❑ | ❑ | Intelligence Policy and Review, Office of |
| | | _____ | ❑ | ❑ | INTERPOL, U.S. National Central Bureau |
| | | _____ | | | |
| ❑ | ❑ | Antitrust Division | ❑ | ❑ | Justice Management Division Staff: _____ |
| ❑ | ❑ | Bureau of Alcohol, Tobacco, Firearms and Explosives | ❑ | ❑ | Justice Programs, Office of |
| ❑ | ❑ | Civil Division | ❑ | ❑ | Legal Counsel, Office of |
| ❑ | ❑ | Civil Rights Division | ❑ | ❑ | National Drug Intelligence Center |
| ❑ | ❑ | Community Relations Service | ❑ | ❑ | Pardon Attorney, Office of |
| ❑ | ❑ | Community Oriented Policing Services | ❑ | ❑ | Professional Responsibility Advisory Office |
| ❑ | ❑ | Criminal Division | ❑ | ❑ | Professional Responsibility, Office of |
| ❑ | ❑ | Dispute Resolution, Office of | ❑ | ❑ | Solicitor General, Office of |
| ❑ | ❑ | Drug Enforcement Administration | ❑ | ❑ | Tax Division |
| ❑ | ❑ | Environment & Natural Resources Division | ☑ | ❑ | U.S. Attorneys, Executive Office for |
| ❑ | ❑ | Federal Bureau of Prisons | ❑ | ❑ | U.S. Marshals Service |
| ❑ | ❑ | Federal Bureau of Investigation | ❑ | ❑ | U.S. Parole Commission |
| ❑ | ❑ | Federal Detention Trustee, Office of | ❑ | ❑ | U.S. Trustees, Executive Office for |
| ❑ | ☑ | Foreign Claims Settlement Commission | ❑ | ❑ | _____ |

Requester:  Alvin D. Smith

Ref:  Case No. F-12129-92 (C.D.E.)

Date of Request:  August 6, 2007

Received By:  FOIA/PA Mail Referral Unit          Type of Request:  FOI/PA

Remarks:  Requester advised of this referral.

FORM JMD-481
Rev. Mar. 2004

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 616-6757   FAX: 616-6478   (www.usdoj.gov/usao)*

Requester: Mr. Alvin Darrell Smith          Request No.:   07-4199

DEC 19

Subject: Self (Bonds)/DDC

    The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

    Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

    EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions; for example, Project Requests usually take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

    By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, if you have not been granted a fee waiver, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

    If you wish to revise your request to try to reduce fees, you may use the attached form. If you do not wish to incur fees for your request as it is now stated, please submit this form (or your letter revising your request) to us immediately so that your request, and fees, can be limited.

Sincerely,

*William G. Stewart*

William G. Stewart II
Assistant Director

Form No. 001 - 3/07

**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information & Privacy Staff                    JAN 1 6 2008
600 E Street, N.W., Suite 7300, Bicentennial Building
Washington, DC 20530-0001
(202) 616-6757  FAX: 616-6478  (www.usdoi.gov/usao)

Requester:  Alvin Smith                    Request No.:  07-4397

Subject:  Self/DDC

     The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

     Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

     EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions; for example, Project Requests usually take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

     By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, if you have not been granted a fee waiver, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

     If you wish to revise your request to try to reduce fees, you may use the attached form. If you do not wish to incur fees for your request as it is now stated, please submit this form (or your letter revising your request) to us within 15 days so that your request, and fees, can be limited.

     Sincerely,

*William G. Stewart II*

William G. Stewart II
Assistant Director

Form No. 001 - 3/07


U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

*After Appeal*

Requester: Alvin Smith                    Request Number: 07-4397

Subject of Request: Self

MAR 27 2008

Dear Requester:

    Your request for records under the Freedom of Information
Act/Privacy Act has been processed.  This letter constitutes a reply
from the Executive Office for United States Attorneys, the official
recordkeeper for all records located in this office and the various
United States Attorneys' offices.  To provide the greatest degree of
access authorized by the Freedom of Information Act and the Privacy
Act, we have considered your request in light of the provisions of
both statutes.

    All of the records you seek are being made available to you.
We have also processed your request under the Freedom of Information
Act and are making all records required to be released, or
considered appropriate for release as a matter of discretion,
available to you.  **This letter is a full release.**

    [ ]  A review of the material revealed documents which:

    [ ]  originated with another government component.  These
records were referred to the component(s) listed for review and
direct response to you:_____.

    [ ]  are public records which may be obtained from the clerk of
the court or this office, upon specific request, subject to a
copying fee.

    [ ]  A review/search/copying fee is being assessed for the
processing of your request.  Please send a certified check or money
order for $_____, payable to the Treasury of the United States,
within thirty (30) days.  Payment should be mailed to the Freedom of
Information Act/Privacy Act Unit, 600 E Street, N.W., Room 7300,
Washington, DC 20530.

You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C.  20530-0001.**  Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. §16.9.

This is the final action this office will take concerning your request.

Sincerely,

William G. Stewart II
Assistant Director

Enclosures

(Page 2 of 2)
Form No. 021A - 7/01

REQUESTER: _Alvin Smith_

FOIA FILE#: _07-4390_

# DOCUMENTS Released in Full "RIF"

## _____11_____ pages

*This came out of paperwork I sent them.*

# Superior Court of the District of Columbia

### APPEARANCE BOND

*I.D # 421-237*

UNITED STATES OF AMERICA
DISTRICT OF COLUMBIA

CASE NO. *F-12128-82*

v.

*ALVIN D. SMITH*

☒ Surety Bond          ☐ Cash Bond          ☐ Per Centum Bond

We the undersigned jointly and severally acknowledge that we and our personal representatives are bound to pay to the United States of America/District of Columbia the sum of *TWENTY FIVE HUNDRED* ................. dollars ($ *2500—* ); and hereby deposit the sum of ............................................................. ................. dollars ($ ) with the Court as security therefor. Such deposit to be returned upon the performance of the conditions of release.

The conditions of this bond are that the above-named defendant is to appear in the Superior Court of the District of Columbia, and/or in the United States District Court for the District of Columbia in accordance with all orders and directions of the Court relating to the defendant's appearance and release in the above-entitled matter.

If the defendant appears as ordered and otherwise performs the foregoing conditions, then this bond is to be void, but if the defendant fails to perform the conditions, payment of the amount of the bond shall be due forthwith, and secured as provided by the Rules of the Superior Court of the District of Columbia and by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond which shall continue in full force and effect until such time as the undersigned are duly exonerated.

This bond is signed on this *11th* day of *December* , 19 *82* at Washington, D.C. and a copy is hereby received.

X *Alvin Darnell Smith*
Defendant

*1815 Manahen St*
Address *Wheaton MD 20902*

*Allghy Mutual Casualty Co.*
Surety

*629-E-ST. N.W*
Address
*202-638-6538*

*Jal Enlight an—Fat*
Party Posting Cash Bond

*629-E-ST. N.W*
Address

Signed and acknowledged before me this *11th* day of *December* , 19 *82*

Next Court Date: *FEB. 12th 1993*
*2/12/93*

For: ...............................................................
*879-1374*

*Shelby J Holley*
Deputy Clerk

**White — Jacket Copy          Yellow — Bondsman Copy          Pink — Defendant's Copy**

Form FO(20)-1292/May 81

81—P7720

*23*

24

**It is unlawful to print this form without written consent of home office.**

**POWER OF ATTORNEY**
**ALLEGHENY MUTUAL CASUALTY COMPANY**
Bond Department
24 Commerce Street, Newark, New Jersey 07102

**Power No. XC-  373853**

~~POWER VOID AFTER 12/31/92~~

KNOW ALL MEN BY THESE PRESENTS, that ALLEGHENY MUTUAL CASUALTY COMPANY, a corporation duly organized and existing under the laws of the State of Pennsylvania has constituted and appointed, and does hereby constitute and appoint,

Its true and lawful attorney-in-fact, with full power and authority to sign the company's name and affix its corporate seal to and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company as fully and to all intents and purposes as if done by the regularly elected officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever its said attorney-in-fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED, THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) AND MAY BE EXECUTED  FOR RECOGNIZANCE ON CRIMINAL BAIL BONDS ONLY.

Amount of Bond  $2500
Defendant (Name)  ALVIN D. SMITH
Defendant Address
City and State
Court  SUPERIOR  Br  CRIMINAL
Offense
Date of Execution  Dec - 11th 1992
Attorney-in-fact
                    Signature

**NOT VALID FOR IMMIGRATION BONDS**

(seal: ALLEGHENY MUTUAL CASUALTY CO. 1936 PENNSYLVANIA)

IN WITNESS WHEREOF, ALLEGHENY MUTUAL CASUALTY COMPANY, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by its President and attested by its Secretary, this 15th day of January, 1988.

President
Secretary

1  A separate Power of Attorney must be attached to each bond executed
2  Powers of Attorney must not be returned to attorney-in-fact, but should remain a permanent part of court records

# Affidavit Denying Corporations Existence

State of **WV** )
) Scilicet
**proctor** County )

———— That I **me Alvin Quelleson** a living breathing man, being first duly sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.

That, I hereby deny that the following corporations exist, UNITED STATES, THE STATE OF ____**WV**____, THE COUNTY OF **proctor cty**, CLERK OF COURT'S ASSOCIATION, ALL BAR ASSOCIATIONS, the legal name "YOUR DEBTORS NAME IN CAPS" c/o "ADDRESS", all legal names signed on documents, and *ALL OTHER* CORPORATE MEMBERS WHO ARE, OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST MY NATURAL BODY, are fictions and I deny that they exist.

That, if any man or woman desiring to answer this affidavit, must answer in the manner of this affidavit with notarized affidavit, using your Christian or family name for signature, and mail to the below named Notary, address provided, within five (5) days or default will be obtained.

Further Affiant Sayth not.

Dated this **6th** Day of **April**, A.D. **2007**

/s/ _____ ©
Your Name ; private man,
Secured Party / Creditor
under U.C.C. W.O.P. on recourse
1-207, 108.6

## ACKNOWLEDGEMENT

SUBCRIBED TO AND SWORN before me this **6th** day of **April** A.D. 2007 a Notary, that **me Alvin Smith** personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____ (Seal)
Notary Public in and for said State
My Commission expires _____

**"AUTHORIZED BY THE ACT OF July 27, 1955 TO ADMINISTER OATHS (18USC 4004)."**

_____
**CORRECTIONAL TREATMENT SPECIALIST**
_____

1 - Affidavit Denying Corporate Existence for .......................

## Affidavit of Proof of Mailing

I, _Mr. Alvin Darrell Smith_ Citizen of _Pardone_ County, of the _Pr.._

_WV._, am over the age of 21 years and not a party to the entitled action.

On the _6th_ day of _August_, _2007_, I mailed the following documents by First Class Mail

1. Affidavit of Denial of Corporate Existence, to the _(Agency) U.S. Dept of_

   (address) _600 E st Law Rm 7300_ _Justice_

   (City) _Washington_; (State) _D.C._ (zip) _20530_

I declare, under the penalty of perjury of the Law of the United States of America, in the

(State) _WV,_ that the foregoing is true, correct, complete and not misleading, and that

the whole truth, and nothing but the truth.

Executed on this _6_ day of _August_ A.D. 2007, at _Uso Hazelton_.

_Mr. Alvin Darrell Smith (S)_     _Mr. Alvin D..._
(Proper person, Original Jurisdiction)    _under ucc. 1-207 ..._

_................WV,_   _county of_ _Pardone Cty_

The above named person appeared before me to attest and affirm that he / she was ...
executing the foregoing document. Said person subscribed and swore to being the ...
the foregoing instrument, before me, a Notary Public of the above cited state, ...
_6th_ day of _August_, 20_07_

I, THEREFORE, set forth my hand and seal in affirmation of the execution thereof.

_____
NOTARY              SEAL;

"AUTHORIZED BY THE ACT OF July 27, 1955
TO ADMINISTER OATHS (18USC 4004)."

CORRECTIONAL TREATMENT SP...
_5-8-07_

7 – Information on Affidavit of Denial of Corp Existence          Page

**U.S. Departm. ⁚ of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                              _Washington, D.C. 20530_

**APR 0 8 2008**

Mr. Alvin D. Smith
Register No. 05828-007
United States Penitentiary
Post Office Box 3000
Pine Knot, KY 42635

      Re: Request No. 07-4199

Dear Mr. Smith:

     This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys was received by this Office on April 7, 2008.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 08-1450. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

          Sincerely,

          Priscilla Jones
          Supervisory Administrative Specialist

**U.S. DepartmL. . of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**MAY 2 7 2008**

Mr. Alvin D. Smith
Register No. 05828-007                    Re:    Appeal No. 08-1450
United States Penitentiary                         Request No. 07-4199
Post Office Box 3000                               ALB:KWC
Pine Knot, KY 42635

Dear Mr. Smith:

    You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to certain bond information.

    After carefully considering your appeal, I am affirming EOUSA's action on your request. EOUSA released to you a one-page record in its entirety. EOUSA was unable to locate any additional records responsive to your request. I have determined that EOUSA's response was correct and that it conducted an adequate, reasonable search for responsive records.

    If you are dissatisfied with my action on your appeal, you may file a lawsuit in accordance with 5 U.S.C. § 552(a)(4)(B).

             Sincerely,

             Janice Galli McLeod
             Associate Director



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

**OFFICE OF
INSPECTOR GENERAL**

May 16, 2008

Mr. Alvin D. Smith
05828-007
3-A Unit
McCreary, P.O. Box 3000
Pine Knoll, KY 42635

Dear Mr. Smith:

The Department of the Treasury Office of Inspector General (OIG) recently received a letter written by you, which enclosed copies of various government forms, and which invoked the Freedom of Information Act, 5 U.S.C. § 552. I have determined that the OIG has no records regarding you, and no records relating to the forms you sent. Accordingly, I inform you that the OIG has no responsive records. This response to your FOIA request can be appealed, by writing to the Department of the Treasury Office of Disclosure Services, 1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220, explaining why you believe that the OIG has records pertaining to you or otherwise responsive to your request.

In addition to responding to your FOIA request, I've reviewed your letter to determine if there is anything else that you are asking the OIG, or the Department of the Treasury generally, to do. The OIG investigates and conducts audits regarding Treasury programs and operations, and seeks to detect and prevent fraud and waste in such programs. I will be happy to help you, or identify another office that can help you, if you can provide a clearer explanation of your problem or request. You can call me on 202-927-0650, or write to me at the following address:

Department of the Treasury
Office of Inspector General
Office of Counsel
740 15th Street, N.W.
Suite 510
Washington, D.C. 20220

I am returning the original letter and enclosures, and am retaining copies in my office.

Sincerely,

R. K. Delmar
Counsel to the Inspector General

Enclosure

*I. G. Sent copy back.*

"Without Prejudice"
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
Applicable to ALL Successors and Assignees
"under necessity"

To: OFFICE OF General Accounting    C/o - Director
    1300 Pennsylvania Ave, N.W,
    Rm: 4436
    Washington, D.C.
    20220

Identity of Requester:
[In Accordance With: 28 C.F.R. 16.41(d)]

Direct Response To:
MR. Alvin-Harrell : Smith ©
[05828-007] 123 rd AV-Raye
[P.S.A.] MCCREARY P.O. BOX 3000
Pine Knot Ky 42635

## FREEDOM OF INFORMATION - PRIVACY ACT REQUEST

This is a non-commercial request for information pursuant
to: [Title 5 U.S.C. §§ 552 through 552a, et. seq., for a copy
of ALL records in the possession of your agency concerning specifically:

From Autotais / C.U.S.I.P. No. 224088198 Bid Bond, performance
payment bond, miller act re-insurance bonds, both sets for both
Criminial case numbers (F-12129-92 CAE) and (393-74) GSA
Form (34) Bid Bond, performance bond SF-25, the payment
bond SF-25A under, General accounting office (G.A.O.) &
Comptroller plus Audit.

* See, attached Sample of Bonds needed
for Statement of paid Sums filed, Sec.

This request is for a file/date stamped or certified copy
of the original document or the document that your agency maintains
and ANY:

1. disseminated memorandums
2. all responses created
3. all logs itemizing the receipt
4. all inter-agency memorandums with all responses inter-agency or otherwise
5. all classifications and cataloging of the receipt
6. all directives produced and/or issued in response to the receipt
7. all notes relating to the receipt of

   Please provide all documents in re the above named with any and all interpretations and utilizations in what-ever form maintained, to include but not limited to:

| any writing | any photograph |
| any scan | any microfilm |
| any microfiche | any tape |
| any electronic media | any computerized form |
| any digital form | any scribed form |

.....or any of the like form(s) of the requested document(s).

   Also, include any and all information of its forwarding to include:

| to who | why/what for |
| where/address | when/date |
| by what method/delivery | in what form |

   I agree to pay any reasonable costs/fees applicable to this request, above and beyond the specified costs/fees applicable at no charge pursuant to and in the Nature of: [the Uniform Practice Code, the OMB Uniform FOIA Schedule & Guidelines 6 (b), FEDERAL REGULATION 10017, in compliance with Title 31 U.S.C. § 9701, or if I am considered 'indigent,' I ask that all costs/fees be WAIVED by your agency, pursuant to Title 5 U.S.C. §§ 552 through 552a, et. seq.]

   In accordance to statute (law) and the provisions/restrictions thereof, I will expect a response within the _____ days allotted and any neglect, failure or refusal to respond specifically and accordingly will be deemed the agencies willful, knowing, deliberate and intentional violation of the FREEDOM OF INFORMATION and PRIVACY ACTS. Such violation will also constitute the agencies consent and agreement to liability by suit in a court of proper jurisdiction pursuant to the "constructive" exhaustion doctrine as interpreted in the Oglesby Decision. [Oglesby v. Dept. of the Army, 920 F.2d 52]

I certify, under the penalty of perjury, under the laws of the united States of America, in the nature (to Title 28 U.S.C. 1746 (1), "expressly" without) that I have read and scribed the foregoing request for records are knowing the contents thereof, and that the information listed hereinabove, full name, correct address, is correct, true and complete.

EXECUTED THIS *14th* day of *April*, 200**8**, A.D.

By: _____
W.O.P., UCC 1-207 & 1-103

c/c   copy maintained

Jan-16-09

*EXAMPLE OF WHAT I NEED*
*FILL IN OR SEND*
*ORIGINAL CERTIFIED COPY OF*

| BID BOND  (See instruction on reverse) | DATE BOND EXECUTED (must not be later than bid opening date) | OMB NO.: 9000-0045 |
| --- | --- | --- |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL (legal name and business address): | TYPE OF ORGANIZATION ("X" one) |
| --- | --- |
| | ☐ INDIVIDUAL    ☐ PARTNERSHIP |
| *EXAMPLE Form* | ☐ JOINT VENTURE    ☐ CORPORATION |
| | STATE OF INCORPORATION |

SURETY(IES) (Name and business address):

*an original copies of the document I want original and certified...*

| PENAL SUM OF BOND | | | | BID IDENTIFICATION | |
| --- | --- | --- | --- | --- | --- |
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | BID DATE | INVITATION NO. |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | |
| | | | | | FOR (Construction, Supplies, or Services) |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

...

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| PRINCIPAL | | | |
| --- | --- | --- | --- |
| SIGNATURE(S) | 1. | 2. | 3. |
| | (Seal) | (Seal) | (Seal) |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | Corporate Seal |

| INDIVIDUAL SURETY(IES) | | |
| --- | --- | --- |
| SIGNATURE(S) | 1. | 2. (Seal) |
| NAME(S) (Typed) | 1. | 2. (Seal) |

| CORPORATE SURETY(IES) | | | |
| --- | --- | --- | --- |
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | Corporate Seal |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 24 (REV. 10-98)

CORPORATE SURETY(IES) (Continued)

| | | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| SURETY B | NAME & ADDRESS | | | $ | |
| | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | | | 2. | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| SURETY D | NAME & ADDRESS | 1. | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | | | 2. | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | | | | 2. | |
| | | | | 2. | |

| BOND PREMIUM | ► | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|---|

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE

SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25 (REV. 4-94) BACK

## PAYMENT BOND
(See instructions on reverse)

| DATE BOND EXECUTED (Must be same or later than date of contract) | OMB No.:9000-0045 |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

PRINCIPAL (Legal name and business address)

TYPE OF ORGANIZATION ("X" one)

☐ INDIVIDUAL          ☐ PARTNERSHIP

☐ JOINT VENTURE      ☐ CORPORATION

STATE OF INCORPORATION

SURETY(IES) (Name(s) and business address(es))

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |

| CONTRACT DATE | CONTRACT NO. |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the _____ _____ _____ _____ _____ or both in the prosecution of the work provided for in the contract identified _____ _____ _____ _____ _____ _____ are made. Notice of these modifications to the Surety(ies) are waived.

_____ this payment bond and affixed their seals on the above date.

| | PRINCIPAL | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. | 2. | 3. | |
| | (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | 1. | 2. | |
| | (Seal) | (Seal) | (Seal) |
| NAME(S) (Typed) | 1. | 2. | |

| SURETY A | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT |
| | | | | $ |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | Corporate Seal |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.222(c)

| | | | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY D** | NAME & ADDRESS | | | | Corporate Seal |
| | SIGNATURE(S) | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2 | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | | | 2. | | |
| | | | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designed "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

## CORPORATE SURETY(IES) (Continued)

| | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | $ | |
| | SIGNATURES | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |
| **SURETY C** | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURES | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |
| **SURETY D** | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURES | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |
| **SURETY E** | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURES | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |
| **SURETY F** | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURES | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |
| | | STATE OF INC. | LIABILITY LIMIT | |
| | | | | Sea |
| | | 1. | 2. | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a–270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

Jan-18-08  14:51  From-EO GSA F                                                    T-750  P.970/001  F-079

# REINSURANCE AGREEMENT FOR A MILLER ACT PERFORMANCE BOND
### (See instructions on reverse)

OMB No. 9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| | 1B. STATE OF INCORPORATION |
| 2. REINSURING COMPANY | 2A. AMOUNT OF THIS REINSURANCE ($) |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT |
| | 2C. STATE OF INCORPORATION |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| 3A. AMOUNT OF CONTRACT | | 4A. PENAL SUM OF BOND | |
| 3B. CONTRACT DATE | 3C. CONTRACT NO. | 4B. DATE OF BOND | 4C. BOND NO. |
| 3D. DESCRIPTION OF CONTRACT | | 4D. PRINCIPAL | |
| | | 4E. STATE OF INCORPORATION | |

The Reinsuring Company named above, is bound, as surety to the United States of America on the performance bond described above, and the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration or repair of a public building or public work of the United States and the performance bond was furnished to the United States under the Miller Act, August 24, 1935, as amended (40 U.S.C. 270a-270e), known as the Miller Act. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and countersecured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

## TERMS AND CONDITIONS:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in the case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

Items 1, 2, 4D's Furnish legal name, business address and ZIP Code.          (Over)

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 273 (REV 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(b)

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A(1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 5B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A(1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 6B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Miller Act performance bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or the bid within the time period shown in the bid or proposal.

One further copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.



Mr. Alvin Greene; Smith @
[E57283-007] 3-A-unit
(457) - Preliminary P.O. BOX 2000 .
Pine Knot, KY
42635"

General accounting office
1500 Pennsylvania Ave,
Rm: 4436 "
N.W., Washington D.C.
20220 "
GAO - Director

7007 0710 0003 9116 2846
CERTIFIED MAIL

(Legal - mail)  F.O.I.A. - Request

Mr. Alvin Greene: Smith @
[E57283-007]  3-A-unit
(457) Preliminary P.O. BOX 2000 .
Pine Knot, KY
42635 "

7007 0710 0003 9116 2839
CERTIFIED MAIL

(Legal - mail)  F.O.I.A. - Request

Office: of the comptroller
1500 pennsylvania Ave N.W.
Rm: 44430
Washington d.c.
20220 "

CERTIFIED MAIL NUMBER  _7006 2760 0004 6934 781_

7006 2760 0004 6934 7823  my copy!

*my copy! Accept for value*

---

LETTER ROGATORY

① TO: *Life mr. Maurre A. Ross*

② *Clerk of the criminal Division*

③ *mr. Eric Christian*  Date: **9-6 -**     ,2007
*us attoneys office*       ⑤ *office of audit*
*special proceedings.*     ⑥ *office of comptroller*
④ *E.D. U.S.A.*           ⑦ *office of G.A.O.*
                          ⑧ *office of I.G.*

From: *mr. Alvin Smith* (c),Auth.Rep(240-597)DCDC
Secured Party/Creditor                (05828-007) Fed. No.
uSP-Hazelton
Four-Five-Zero Skyview Drive
City of Bruceton Mills, West Virginia,26525
united States of America
DMM Reg. Sec, 122.32; Public Law 91-375, Sec 403

RE: LETTER ROGATORY REQUESTING TO DELIVER,TO ME THE BID BOND,
PERFORMANCE BOND,PAYMENT BOND AND MILLER ACT REINSURANCE BONDS
HELD. BY AUTOTRIS/CUSIP NO #**224088198**   Case No# **F-12129-92**
AND OTHER GOVERNMENT AGENCIES.

And **373-94** *C,D,E, - Such*  — *Kotelly*

Dear *All of the above*

   This letter rogatory is requesting that you deliver to me
Bid Bond,Performance Bond,Payment and Miller Act reinsurance Bond
by, AutoTRIS/CUSIP #**224088198**  Case No# **F-12129-92**  the
committee that assigns the number to securities for identification
which were being used to underwrite my time in prison and or
probation.

Iam requesting you to deliver my bonds as requested above,so I can
Accept them for full post settlement and closure of the account;As
Iam the fiduciary trustee and principal in this account; Iam also
requesting the total amount the Bond Bill,so I can Discharge the
Debtor's Public debts pursuant to Public Law House Joint Resolution
192 of June 5,1933 (HJR), and Fed.R.Civ.P Rule 8.

As the principal and fiduciary trustee,Iam Accepting your charges
For Value and Consideration in return and Post Settlement and
Closure of Case No#**F-12129-92** and AutoTRIS/CUSIP **224088198**
Date: **8-6 -**      2007.

1 of 3

Please use my Exemption for full settlement and closure of this account
as this Account is Pre-Paid and Exempt from Levy.

Because, I'm the Fiduciary Trustee of the DEBTOR Strawman/Ens Legis/
a Cesti Que Trust, in this capacity I have the responsibility as his
authorized Representative, Attorney-In-Fact the duty obligation to dis-
charge all DEBTOR'S debts by operation of Law.

*All the*
Mr *above* in your official capacity you have the fiduciary duty and
obligation to follow the law and to support your U.S. Constitution, in
which you had took an Oath of Office, and therefore, you **MUST** support
Public Law HJR-192 **of June 5, 1933**, Public Law 73-10, and 59 S.Ct. 847
(FN3), HJR-192 states as follows: "Any obligation shall be discharged
upon Payment, Dollar for Dollar, in any such coin or currency which at
the time of payment is legal tender for public, and private debts, be-
cause the UNITED STATES CORPORATION is in Bankruptcy. There is no money,
because the UNITED STATES and all municipalities are in bankruptcy and
the only currency that exists is the people's credit. "The US Trust Fund
is where the People's Property has been collateralized to create the cre-
dit of the nation"., 73rd Congress, March 9, 1933, it says; "(The new
money) will be backed by the credit of the nation. It will represent a
mortgage on all the homes and property of all the people in the nation".
Therefore, you **must** discharge setoff and closure of account pursuant to
HJR-192, March 9, 1933. By you knowning this in your official capacity
you must comply with this Public Law HJR-192 without delay.

To the contrary, or your refusal to do so, you are acting as **(unlawful
debt collector for an invalid debt that the other party defaulted already)**.
**NOTE:** that when an artificial person requires that I pay in **FRNs**, he is
in violation of HJR-192 and acting **"against"public policy"**. Because as
a result of House Joint Resolution 192 of June 5, 1933 (HJR-192), a debt
can no longer be **"paid"** because the only way lawful payment can be made
with **gold/silver coin/currency-was made "illegal"**.

Mr. *All of the above* a response is required within twenty(20) calender Days,U.C.C. § 1-206(10), from the date of receipt of the "Letter Rogatory" and mailed service time included; Neglect on the part of the Respondent **shall** create on your part a Delictual Fault (A Default) **U.C.C.§1-206(16)**, and tacit **admission,nil dicit(Judgement of Confession)** to stand as fact in Law/Legal Proceedings.


Sincerely *Red Ink Signature*

*Mr. Alvin-Darnell: Smith (C)*

*Mr. Alvin-Darnell: Smith (C)*

**Secured Party/Creditor**
**Holder-In-Due-Course**      *W.O.P. or recourse*
**Record Owner**             *under ucc 1-207 & 103.6*
**Trade Name Owner**
**Soverèign**


**"AUTHORIZED BY THE ACT OF July 27, 1955**
**TO ADMINISTER OATHS (18USC 4004)."**

**CORRECTIONAL TREATMENT SPECIALIST**

*8-30-07*

**DATE**


**3 of 3**



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## WASHINGTON, D.C. 20001-2131

May 1, 2006

Alvin D. Smith
Reg. # 05828-007
E2-Unit
USP Hazelton
Box 2000
Bruceton Mills, WV 26525

Re:    Case No. 12129-92  (C, D, E)

Dear Mr. Smith:

Chambers is in receipt of your request dated April 6, 2006, regarding bonds.

However, you are currently serving a sentence that has no bonds.  Therefore, chambers

cannot assist you in your request at this time.  We hope this information meets your

needs.

Sincerely,

Katrina L. Richardson
Judicial Administrative Assistant
  to the Honorable Maurice A. Ross

Copies to:

U.S. Attorney's Office
Special Proceedings Section
555 4th Street, NW
Room 11-852
Washington, DC 20530

*Bid Bonds not Regular Bond to set out of Jail*

"Without Prejudice"
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
Applicable to ALL Successors and Assignees
"under necessity"

To: _Judge Mr. Maurice A. Ross_
_Clerk of the (Criminal Division)_
_U.S. Attorney's Office_
_C/O Mr. Eric Christians._

Identity of Requester:
[In Accordance With: 28 C.F.R. 16.41(d)]

Direct Response To:

_Mr. Alvin Darnell Smith_
_05828-007 # E2-109 #_
_USP-Hazelton P.O. Box 2000 #_
_Bruce Town/1715, WV, 26525 #_

## FREEDOM OF INFORMATION - PRIVACY ACT REQUEST

This is a non-commercial request for information pursuant
to: [Title 5 U.S.C. §§ 552 through 552a, et. seq., for a copy
of **ALL** records in the possession of your agency concerning specifically:

_All Bid Bonds And Bid Bond Numbers_
_And persons Names, whom is collecting money_
_off my Incarceration; on wall Street._
_1) Bid Bond  2) performance Bond 3) Surety Bond_
_4) Security Bond  etc._

This request is for a file/date stamped or certified copy
of the original document or the document that your agency maintains
and **ANY**: _All the Risk management office for_
_N.Y. N.Y. (office) Depository Trust co._

1.  disseminated memorandums

2.  all responses created

3.  all logs itemizing the receipt

4.  all inter-agency memorandums with all responses inter-agency or otherwise

5.  all classifications and cataloging of the receipt

6.  all directives produced and/or issued in response to the receipt

7.  all notes relating to the receipt of

Please provide all documents in re the above named with any and all interpretations and utilizations in what-ever form maintained, to include but not limited to:

| | |
|---|---|
| any writing | any photograph |
| any scan | any microfilm |
| any microfiche | any tape |
| any electronic media | any computerized form |
| any digital form | any scribed form |

.....or any of the like form(s) of the requested document(s).

Also, include any and all information of its forwarding to include:

| | |
|---|---|
| to who | why/what for |
| where/address | when/date |
| by what method/delivery | in what form |

I agree to pay any reasonable costs/fees applicable to this request, above and beyond the specified costs/fees applicable at no charge pursuant to and in the Nature of: [the Uniform Practice Code, the OMB Uniform FOIA Schedule & Guidelines 6 (b), FEDERAL REGULATION 10017, in compliance with Title 31 U.S.C. § 9701, or if I am considered 'indigent,' I ask that all costs/fees be WAIVED by your agency, pursuant to Title 5 U.S.C. §§ 552 through 552a, et. seq.]

In accordance to statute (law) and the provisions/restrictions thereof, I will expect a response within the __30__ days allotted and any neglect, failure or refusal to respond specifically and accordingly will be deemed the agencies willful, knowing, deliberate and intentional violation of the FREEDOM OF INFORMATION and PRIVACY ACTS. Such violation will also constitute the agencies consent and agreement to liability by suit in a court of proper jurisdiction pursuant to the "constructive" exhaustion doctrine as interpretated in the Oglesby Decision. [Oglesby v. Dept. of the Army, 920 F.2d 52]

I certify, under the penalty of perjury, under the laws of the
united States of America, in the Nature of: [Title 28 U.S.C.
1746 (1), "expressly" without] that I have read and scribed the
foregoing request for records and knowing the contents thereof,
and that the information listed herein/above, full name, correct
address, is correct, true and complete.

EXECUTED THIS _6th_ day of _August_ , 2007, A.D.

Red Ink Signature

By: _Mr. Alvin-Darnell: Smith©_

W.O.P., UCC 1-207 & 1-103

_Mr. Alvin-Darnell: Smith©_

c/c    copy maintained

"AUTHORIZED BY THE ACT OF July 27, 19. 3
TO ADMINISTER OATHS (18USC 4004)."

**CORRECTIONAL TREATMENT SPECIALIST**

_8-20-07_

**DATE**

Page --3

NOTICE:
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
APPLICABLE TO ALL ASSIGNEES AND SUCCESSORS

TO: *Judge: Mr. Maurice J. Ross*
*Clerk of the (Criminal Division)*
*U.S. Attorney's Office % Mr. Earl Charlton*

DIRECT RESPONSE TO: *Mr. Alvin Dannell: Smith* (05828-007)
*ZZ-109# (USP) Hazelton p.o. box 2000*
*Bruceton Mills, WV. 26525#*

IDENTIFICATION OF REQUESTER:
[IN ACCORDANCE WITH:28 CFR 16.41 (d)]

FREEDOM OF INFORMATION ACT REQUEST:

This is a non-commercial request for information Pursuant to:[TITLE 5 USC§§552,552(a),552(a)(d)(1),552(a)(4)(V)], for a copy of all records in the possession of your agency concerning specifically:

*1), Bail Bonds*
*2), Performance Bonds*
*3), Surety Bonds*
*4), Security Bonds*

I agree to pay any reasonable costs/fees applicable to this request, above and beyond the specified fees/costs applicable at no charge pursuant to the Uniform Practice Code, the OMB Uniform FOIA schedule & Guidlines 6(b), FEDERAL REGULATION 10017, in compliance with [Title 31 USC§§9701], or if I am considered Indigent, I ask that all costs/fees be WAIVED by your agency, pursuant to [Title 5 USC§§552(a)(i)(3) et seq.]

In accordance to statute, I will expect a response within the Ten(10) days allotted.

I certify, under the penalty of perjury, under the laws of the united States of America, in the Nature of:[Title 28 USC§§1746(1)] that I have read the foregoing request for records and knowing the contents thereof, and that the information listed herein/above, full name,correct address, is correct, true and complete.

EXECUTED THIS *6th* day of *August*, 2009

SIGNED *Mr. Alvin Dannell: Smith (©)*
*Red Ink Signature.*
*Mr. Alvin - Dannell: Smith (©)*

c/c

TO: *The U.S. Department of Justice (Executive Office) of the U.S. Attorney / F.O.I.A / PA 600 "E. Street N.W., Room 7300" Washington, D.C. 20530*

DIRECT RESPONSE TO:

*Mr. Alvin - Darrell: Smith @ (05828-007)" A1 - Range 117 "Shu P.O. Box 3000" / U.S. Penitentiary McCreary Pine Knot, KY 42635"*

IDENTIFICATION OF REQUESTER:
[IN ACCORDANCE WITH: 28 CFR 16.11 (d).]

FREEDOM OF INFORMATION ACT REQUEST:

This is a non-commercial request for information Pursuant to: [TITLE 5 USC§§552,552(a),552(a)(d)(1),552(a)(4)(V)], for a copy of all records in the possession of your agency concerning specifically: *Autotris / Clas. I.P. No. 22408 0198, Bid Bond, performance, payment Bond miller act Re-Insurance Bonds, both sets for both criminal case no (F. 12129-92 CDE) And 373-94 GSA Form 24 Bid Bond, performance Bond SF-25 the payment Bond SF-25A under General Accounting office (G.A.O.)*

I agree to pay any reasonable costs/fees applicable to this ...... above and beyond the specified fees/costs applicable at ... ..... ...... to the Uniform Practice Code, the OMB Uniform FOIA schedule ..... 6(b), FEDERAL REGULATION 10017, in compliance with [Title 3 USC§§9701], or if I am considered Indigent, I ask that all costs/fees be WAIVED by your agency, pursuant to [Title 5 USC§§552(a)(i)(3) et seq.]

In accordance to statute, I will expect a response within the Ten(10) days allotted.

I certify, under the penalty of perjury, under the laws of the united States of America, in the Nature of:[Title 28 USC§§1746(1)] that I have read the foregoing request for records and knowing the contents thereof, and that the information listed herein/above, full name, correct address, is correct, true and complete.

EXECUTED THIS *20th* day of *January*, 2008

*Red Ink Signature*   SIGNED *Mr. Alvin - Darrell: Smith © Secured - Party - Creditor Under U.C.C. - 1-207, 7:103 U.C.C. on Recourse (S.P.C. / S.E.A. / I.S.A.)*

/c

TO: The U.S. Department of Justice (EXECUTIVE office) of the U.S. Attorney/ F.O.I.A./ PA. 600 E. Street N.W., Room 7300* Washington, D.C. 20530*

DIRECT RESPONSE TO:
   Mr. Alvin Harrell! Smith©
   (05828-007) A1-range 123*Shu
   (USA) McCreary P.O. Box 3000*
   Pine Knot, KY.
   42635*         IDENTIFICATION OF REQUESTER:
                  [IN ACCORDANCE WITH: 28 CFR 16.11 (d)]

                  FREEDOM OF INFORMATION ACT REQUEST:

     This is a non-commercial request for information Pursuant to:[TITLE 5 USC§§552,552(a),552(a)(d)(1),552(a)(4)(V)], for a copy of all records in the possession of your agency concerning specifically: From Aetna's (A.U.S.I. I.D. 224088158, Bid Bond, performance, payment bond, million act re-Insurance Bonds, Both sets for Both Criminal Case numbers (F-1212-92 C,D,E) And (373-94) - GSA Form 24 Bid bond, performance bond SF-25, the payment bond SF-25A under general accounting office (GAO.)

     I agree to pay any reasonable costs/fees ~~~~~~~~~~~~~~ beyond the specified fees/costs ~~~~~~~~~ ~~~~~~~~~~~~~~ Practice Code, the OMB Uniform FOIA ~~~~~~ ~~~~~~~~ REGULATION 10017, in compliance with [Title ~~~~~~~], or if I am considered Indigent, I ask that all costs/fees BE WAIVED by your agency, pursuant to [Title 5 USC§§552(a)(i)(3) et seq.]

     In accordance to statute, I will expect a response within the ~~Ten~~(30) days allotted.

   - I certify, under the penalty of perjury, under the laws of the united States of America, in the Nature of:[Title 28 USC§§1746(1)] that I have read the foregoing request for records and knowing the contents thereof, and that the information listed herein/above, full name, correct address, is correct, true and complete.

          EXCUTED THIS __14th__ day of __April__, 200**8**

               Red Ink Signature:
          SIGNED Mr. Alvin-Harrell! Smith©
               (Federal - prorty - creditor) 1,207, 1-103 U.C.C
               U.O.A. or recourse
               SPC/ SEA / TSA

/c

TO: _O.F.F.ice! of the General Accounting_
_1500° Pennsylvania Ave. N.W.,_
_Rm.! 4436°_
_Washington, D.C. 20220°_

DIRECT RESPONSE TO:
_Mr. Alvin Darell ; Smith ©_
_(05828-007) 128° Bi-range_
_(USP) McCreary P.O. Box 3000°_
_Pine Knox, Ky. 42635°_

IDENTIFICATION OF REQUESTER:
[IN ACCORDANCE WITH: 28 CFR 16.1(d)]

FREEDOM OF INFORMATION ACT REQUEST:

This is a non-commercial request for information Pursuant to: [TITLE 5 USC§§552,552(a),552(a)(d)(1),552(a)(4)(V)], for a copy of all records in the possession of your agency concerning specifically: _From authority C.U.S.I. NO. 224088198 Bill Bond, performance, payment bond, miller act re-Insurance Bonds, both sets for both crimminal case numbers (F-12129-92 C,D,E) And (373-94)-GSA Form (24) Bill Bond, performance bond SF-25 the payment bond SF-25A under general accounting office (G.A.O.) & comptroller, plus Audit._

I agree to pay any reasonable costs/fees above and beyond the specified fees/costs ~~~~~~~ the Uniform Practice Code, the OMB Uniform Bill ~~~~~~ 6(b), FEDERAL REGULATION 10017, in compliance with [Title 5 USC§§701], or if I am considered Indigent, I ask that all costs/fees be WAIVED by your agency, pursuant to [Title 5 USC§§552(a)(i)(3) et seq.]

In accordance to statute, I will expect a response within the ~~Ten~~ (30) days allotted.

I certify, under the penalty of perjury, under the laws of the United States of America, in the Nature of: [Title 28 USC§§1746(1)] that I have read the foregoing request for records and knowing the contents thereof, and that the information listed herein/above, full name, correct address, is correct, true and complete.

EXCUTED THIS _14th_ day of _April_, 200_8_
_Red Ink Signature!_

SIGNED _Mr. Alvin Darell ; Smith©_
_(Secured - Party; Creditor), A.D., I-103 U.C.C._
_U.O.O. on Recourse_
_Dne/ S.E.A./ I.S.A. Sovereign_

/c

TO: _OFFICE OF THE Comptroller_
_1500 PennsylvAniA AvE, H.w,_
_Rm: 4436 WASHington D.C._
_20220_

DIRECT RESPONSE TO:
_MR. Alvin Darrell Smith ©_
_(05828-007) 123 Al-house_
_(USA) McCreary P.O. Box 3000_
_Pine Knot, Ky 42635_

IDENTIFICATION OF REQUESTER:
[IN ACCORDANCE WITH: 28 CFR 16.11 (d)]

FREEDOM OF INFORMATION ACT REQUEST:

This is a non-commercial request for information Pursuant to: [TITLE 5 USC§§552,552(a),552(a)(d)(1),552(a)(4)(V)], for a copy of all records in the possession of your agency concerning specifically: _From Au$tris/ C.U.S.I,_ _No. 224088198, Bid Bond, performance, payment Bond, miller act re-_ _Insurance bonds Both sets For both Criminal case numbers (F-12129-9,_ _C.B.E.) And (373-94)-GSA Form (24) Bid Bond, performance Bond SF-25_ _the payment Bond SF-25A under General Accounting office (G.A.O,_ _of Comptroller, plus Audit_

I agree to pay any reasonable costs/and bounds and beyond the specified fees/costs approved Uniform Practice Code, the OMB Uniform FOIA schedule §(2) FEDERAL REGULATION 10017, in compliance with [Title 5 USC§§(7)1(A)], or if I am considered Indigent, I ask that all costs/fees be WAIVED by your agency, pursuant to [Title 5 USC§§552(a)(i)(3) et seq.]

In accordance to statute, I will expect a response within the Ten (30) days allotted.

~ I certify, under the penalty of perjury, under the laws of the united States of America, in the Nature of: [Title 28 USC§§1746(1)] that I have read the foregoing request for records and knowing the contents thereof, and that the information listed herein/above, full name, correct address, is correct, true and complete.

EXECUTED THIS _19 th_ day of _April_ , 200__8__

_Reel Fuk Signature !_

SIGNED _Mr. Alvin Darrell Smith ©_
_(Secured-party-creditor) 1,207, 1-103 u.c.c,_
_w.o.P. or Recourse_
_SPC / SIG.A / FSA_               _Sub-nor-ci-pi_

/c

TO: _Office: of the Audit (OA)_
_Suite : 600_
_750 15ᵗʰ Street, H.W,_
_Washington, A.C. 20220_

DIRECT RESPONSE TO: _Mr. Alvin-Darnell: Smith ©_
_(05828-007) 123 81-Range_
_(USA) McCreary P.O. Box 3000_
_Pine Knot, KY 42635_

IDENTIFICATION OF REQUESTER:
[IN ACCORDANCE WITH: 28 CFR 16.41 ]

FREEDOM OF INFORMATION ACT REQUEST.

This is a non-commercial request for information Pursuant to: [TITLE 5 USC§§552, 552(a), 552(a)(d)(1), 552(a)(4)(V)], for a copy of all records in the possession of your agency concerning specifically: _From AikTris/Cuse/_
_No. 224088198, Bid Bond, performance payment Bond, miller act Re-_
_Insurance Bonds Both sets For both Criminal case numbers (F-12129-_
_92 c,D,E) And (373-94) - GSA Form (24) Bid Bond, performance Bond_
_SF-25, the payment Bond SF-25A under general Accounty office_
_(G.A.O.) & comptroller, plus Audit_

I agree to pay any reasonable costs/fees up to above and beyond the specified fees, costs ordinarily pursuant to the Uniform Practice Code, the OMB Uniform FOIA Schedule & Guidlines 6(b), FEDERAL REGULATION 10017, in compliance with [Title 31 USC§§9701], or if I am considered Indigent, I ask that all costs/fees be WAIVED by your agency, pursuant to [Title 5 USC§§552(a)(d)(3) et seq ]

In accordance to statute, I will expect a response within the ~~ten~~ **3** days allotted.

I certify, under the penalty of perjury, under the laws of the United States of America, in the Nature of: [Title 28 USC§§1746 (1)] that I have read the foregoing request for records and knowing the contents therein and that the information listed herein/above, full and correct address is correct, true and complete.

EXECUTED this _14ᵗʰ_ day of _April_     8

✳ _Real Ink Signature!_

SIGNED _Mr. Alvin-Darnell: Smith ©_
_(Secured - Party - Creditor) 1,207, 1-103 ucc,_
_W.P, U.N. Release_
_SCC / SEA / FSA_        _Xsovereign_

c/c

*my copy*

*Certified Ticket number :    7006-2760-0004-6934-7694*

AGENCY:/DEPARTMENT:

U.S. Department of Justice
F.O.I.A./P.A. Section, Room 115 Loc

TO:
Patricia D. Harris
F.O.I.A./P.A. Section, Room 115 Loc
Justice Management Division
U.S. Department of Justice
Constitution Avenue and Tenth Street NW
Washington, D.C. 20530

DIRECT RESPONSE TO:
*The Adam Darrell Smith*
*(65828-001) E2-109 ²*
*(USP)-Hazelton p.o. Box 2000 ²*
*Bruceton mills, wv. 26525 ²*
*PH (304) 397-5000 ²*

IDENTIFICATION OF REQUESTER:
In accordance with 28 CFR § 16.41(d)

RE: DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, OR OTHERWISE AS
REQUESTED BELOW – NAME OF DEFENDANT – Case No. *F-12129-92 (C.O.E.)*
Date *8-6-07*

Dear Ms. Harris: *F.O.I.A. / P.A. section Rm 115 Loc*

This request is made pursuant to the provisions of the Freedom of Information Act 5 U.S.C.
§552 and the Privacy Act 5 U.S.C. §552a(d)(1) for a full disclosure and release of all records
and/or data contained in the files of your Department and/or Agency under my name and/or
identifier to my name. This request sought herein is for Bond Information and/or Commercial
Crimes Bonding Information and/or Case Bonding Information and/or Commercial Crime
Bonding Certification 5 U.S.C. §552 (a)(2)(A)(B) of records that are secured and maintained
your Department and/ or Agency.

The records sought specifically but not limited to are the compiled files including
(1) Criminal Case Bonding Information (2) Commercial Bond Certification (3) The *Commercial*
Case Bonding and/or the Bond(s) which secured the financing and/or the pledge for the financing
of the Criminal Case listed above (4) Certified true and correct copies of the Bond(s) and
identification number(s) (5) Certified indication of the amount secured per Bond per each
offense charged (6) The expiration date and specified interest for the specified length of time of
these Bond(s) (7) Which governmental body and/or whom or what "person(s)" i.e. corporations,
companies, associations, firms, partnerships, societies, joint stock companies, individuals and/or
officers (a) secured the Bond(s) (b) hold the Bond(s) (8) Any and all other records and data
concerning the Bond(s) not otherwise exempt by 5 U.S.C. §552 (a)(6)(C),(b)(7), 5 U.S.C.
§552a(j)(2),(k)(2) or law Public Citizens v. Dept. of Justice (1989) 491 U.S. 440, 105 L. Ed 2d
377, 109 S. Ct. 2552; Dept. of Justice v. Reporters Comm. (1989) 489 U.s. 749, 103 L. Ed 2d
774, 109 S. Ct 1448; Detroit Free Press v. Dept. of Justice, 73 F. 3d 93 (1998); F.B.I. v.
Abramson, 465 U.S. 615 72 L. ed 2d 376, 102 S. Ct. 2054 (1982) including exemption ~ u.s.c.
§552(b)(3).

If the information, records and/or data requested are placed, filed, secured and/or held in a
separate, different and/or distinct file by or under another name, number or identifier other than
the case docket number and/or identification(s) Listed above I authorize and request your
Department and/or Agency to open and/or access that file for all the information, records and/or
data requested herein.

It is further requested that your Department and/or Agency in response to all the information
requested, specifically inform me if and to what governmental body and /or to whom and/or what
"person" previously described, has been released and/or disclosed any of the information and/or
material requested herein, their name, title purpose and need for such information and/or

material, the date of release, and the specific information and/or material released and/or disclosed such information and/ or material and the specific reference to authority, statute or regulation governing such release and/or disclosure 5 U.S.C. §552a(b)(1)---(12), (c)(1)---(4), or law, Abraham & Rose, P.L.C. v. U.S. 138 F. 3d 1075 (1998); Ray v. Dept. of Justice 720 F. 2d (1983).

Your Department and/or Agency is advised that the Bonding and/or Bond(s) info, data or reports in total are no longer accord exempt status unless under specific exemptions noted, and only with reference to specific citation of authority, Nemetz v. Department of the Treasury, 446 F. Supp. 102 (1987); Akins v. Federal Election Com'n, 101 F. 3d 731 (1996); Gummoc v. Gore, 180 F. 3d 282 (1999); Solar Sourses Inc. v. U.S., 142 F. 3d 1033 (1998).

I agree to pay any reasonable costs or fees applicable to this request, above and/ or beyond the specified allotment of costs or fees applicable at no charge pursuant to The Uniform Practices Code, The 0MB Uniform FOIA Fee Schedule & Guidelines §6(b) Fed Reg 10017, in compliance with 31 U.S.C. § 9701, or if I, am considered indigent, I ask that your Department and/or Agency wave all charges pursuant to 5 U.S.C. §552a (i)(3) et seq.

Pursuant to 5 U.S.C. §552(a)(6)(A)(i), it is noted that your Department and/or Agency has ten (10) working days following receipt of this request to provide me this information and/or material/sought. Should any delay occur, it is requested that your Department and/or Agency inform me of this delay as provided by 5 U.S.C. §552(a)(6)(B), and the date when your Department and/or Agency will be able to act. In the event that I do not receive the response in the specified time provided by statute, I will then be forced to pursue other remedy, Public Citizen v. F.T.C. 869 F. 2d 1541 (1989); Blazy v. Tenet, 194 F. 3d 90 (1999); GMRI Inc. v. E.E.O.C., 149 F. 3d 449 (1998)

I certify under penalty of perjury under the laws of The United States of America in the nature of [28 U.S.C. §1746(1)], that I have read the foregoing request for information and know the contents thereof, and that the information listed above is true, correct and complete.

Executed this ___6th___ day of _August_        _2007_

_Mr. Alvaro Darnell - Smith ©_

Requester; ....Name..., *Secured Party*
*(if applicable)*

_Mr. Alvaro Darnell : Smith ©_
_Under USC - WOP or Recourse_
_4-207-103.6_

**"AUTHORIZED BY THE ACT OF July 27, 1955
TO ADMINISTER OATHS (18USC 4004)."**

___ ___ ___AL TREATMENT SPECIAL___

_8-20-07_

# Affidavit Denying Corporations Existence

State of ___*uV*___ )
                        ) Scilicet
___*preston*___ County )

That I, *Mr. Alvin Darnell: Smith* living breathing man, being first duly sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.

That, I hereby deny that the following corporations exist; UNITED STATES, THE STATE OF ___*uV.*___, THE COUNTY OF ___*preston*___, CLERK OF COURT'S ASSOCIATION, ALL BAR ASSOCIATIONS, the legal name "YOUR DEBTORS NAME IN CAPS" c/o "ADDRESS", all legal names signed on documents, and *ALL OTHER CORPORATE MEMBERS WHO ARE, OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST MY NATURAL BODY*, are fictions and I deny that they exist.

That, if any man or woman desiring to answer this affidavit, must answer in the manner of this affidavit, with notarized affidavit, using your Christian or family name for signature, and mail to the below named Notary, address provided, within five (5) days or default will be obtained.

Further Affiant Sayth not.

Dated this ___*6th*___ Day of ___*August*___ AD 2007

/S/ *Mr. Alvin-Darnell: Smith ©*
Your Name ; private man,
Secured Party / Creditor
*Mr. Alvin Darnell, : Smith ©*

## ACKNOWLEDGEMENT

SUBCRIBED TO AND SWORN before me this ___*6th*___ day of ___*August*___, A.D. 2007, a Notary, that *Mr. Alvin Smith*, personally appeared and known to me to be the man, whose name subscribed to the within instrument and acknowledged to be the same.

_____ (Seal)
Notary Public in and for said State
My Commission expires;

**"AUTHORIZED BY THE ACT OF July 27, 1955 TO ADMINISTER OATHS (18USC 4004)."**

1— Affidavit Den...

Affidavit of Proof of Mailing

I _Mr. Alvin Darnell Smith_ a Citizen of _Preston_ County of the State of

_WV_____, am over the age of 21 years and not a party to the entitled action

On the _6th_ day of _August 2007_, I mailed the following documents by First Class Mail

1. Affidavit of Denial of Corporate Existence, to the (Agency) _U.S. Dept of Justice_ at

(address) _Constitution Ave. & 10th St. N.W._ _Justice management & Division_

(City) _Washington_, (State) _D.C._ (zip) _20530_

I declare, under the penalty of perjury of the Law of the United States, of America, the Law

(State) _WV._____ that the foregoing is true, correct, complete and not misleading, the truth

the whole truth, and nothing but the truth.

Executed on this _6th_ day of _August_, A.D. 2007, at _2:00 / Hazelton_

_Mr. Alvin-Darnell: Smith ©_    under U.C.C. 1-207-1036
_Mr. Alvin-Darnell: Smith ©_    W.S.P. in reserve,
(Proper person, Original Jurisdiction)

State of: _WV_____, County of: _Preston_

The above named person appeared before me to attest and affirm that he / she is the person
executing the foregoing document.  Said person subscribed and swore to being the maker of
the foregoing instrument, before me, a Notary Public of the above cited state, this
_____ day of _August_, 20 _07_.
I, THEREFORE, set forth my hand and seal in affirmation of the execution thereof.

X_____        SEAL;
            NOTARY

**"AUTHORIZED BY THE ACT OF July 27, 1955
TO ADMINISTER OATHS (18USC 4004)."**

**CORRECTIONAL TREATMENT SPECIALIST**

7.   Information on Affidavit of Denial of Corp Existence          Page

*my Copy*

Certified Mail Number  *7005-2570-0007-2704-0295*  Memorandum of Record

AGENCY:/DEPARTMENT:                    DIRECT RESPONSE TO:

**U.S. DEPARTMENT OF JUSTICE**        *Mr. Alvin Garnell Smith*
                                      *(65828-007) E2-109*
                                      *(250) Hazel Ton P.O. Box 2000*
TO:                                   *Beckley form MS. WV. 26525*
Marie A. O'Rourke – Assistant Director  *PH: (304) 397-5000*
U.S. Department of Justice
Executive Office for United States Attorneys
600 E Street, N.W., Room 7300
Freedom of Information/Privacy Act Unit
Washington, D.C. 20530

IDENTIFICATION OF REQUESTER:
In accordance with 28 CFR § 16.41(d)

RE: DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, OR OTHERWISE AS
REQUESTED BELOW – NAME OF DEFENDANT – Case No. *F-12129-92 (Ads)*
Date *8-6-07*

Dear *Mrs Marie A O'Rourke Asst. Dir.*

This request is made pursuant to the provisions of the Freedom of Information Act 5 U.S.C.
§552 and the Privacy Act 5 U.S.C. §552a(d)(1) for a full disclosure and release of all records
and/or data contained in the files of your Department and/or Agency under my name and/or
identifier to my name. This request sought herein is for Bond Information and/or Commercial
Crimes Bonding Information and/or Case Bonding Information and/or Commercial Crimes
Bonding Certification 5 U.S.C. §552 (a)(2)(A)(B) of records that are secured into the files of
your Department and/ or Agency.

The records sought specifically but not limited to are the compiled files containing:
(1) Commercial Case Bonding Information (2) Commercial Bond Certification (3) Noted Criminal
Case Bonding and/or the Bond(s) which secured the financing and/or the pledge for the financing
of the Criminal Case listed above (4) Certified true and correct copies of the Bond(s) and
identification number(s) (5) Certified indication of the amount secured per Bond per each
offense charged (6) The expiration date and specified interest for the specified length of time of
these Bond(s) (7) Which governmental body and/or whom or what "person(s)" i.e. corporations,
companies, associations, firms, partnerships, societies, joint stock companies, individuals and/or
officers (a) secured the Bond(s) (b) hold the Bond(s) (8) Any and all other records and data
concerning the Bond(s) not otherwise exempt by 5 U.S.C. §552 (a)(6)(C),(b)(7), 5 U.S.C.
§552a(j)(2),(k)(2) or law Public Citizens v. Dept. of Justice (1989) 491 U.S. 440, 105 L. Ed 2d
377, 109 S. Ct. 2552; Dept. of Justice v. Reporters Comm. (1989) 489 U.s. 749, 103 L. Ed 2d
774, 109 S. Ct 1448; Detroit Free Press v. Dept. of Justice, 73 F. 3d 93 (1998); F.B.I. v.
Abramson, 465 U.S. 615 72 L. ed 2d 376, 102 S. Ct. 2054 (1982) including exemption ~ u.s.c.
§552(b)(3).

If the information, records and/or data requested are placed, filed, secured and/or held in a
separate, different and/or distinct file by or under another name, number or identifier other than
the case docket number and/or identification(s) Listed above I authorize and request your
Department and/or Agency to open and/or access that file for all the information, records and/or
data requested herein.

It is further requested that your Department and/or Agency in response to all the information
requested, specifically inform me if and to what governmental body and /or to whom and/or what

"person" previously described, has been released and/or disclosed any of the information and/or material requested herein, their name, title purpose and need for such information and/or material, the date of release, and the specific information and/or material released and/or disclosed such information and/ or material and the specific reference to authority, statute or regulation governing such release and/or disclosure 5 U.S.C. §552a(b)(1)---(12), (c)(1)---(4), or law, Abraham & Rose, P.L.C. v. U.S. 138 F. 3d 1075 (1998); Ray v. Dept. of Justice 720 F. 2d (1983).

Your Department and/or Agency is advised that the Bonding and/or Bond(s) info, data or reports in total are no longer accord exempt status unless under specific exemptions noted, and only with reference to specific citation of authority, Nemetz v. Department of the Treasury, 446 F. Supp. 102 (1987); Akins v. Federal Election Com'n, 101 F. 3d 731 (1996); Gummoc v. Gore, 180 F. 3d 282 (1999); Solar Sourses Inc. v. U.S., 142 F. 3d 1033 (1998).

I agree to pay any reasonable costs or fees applicable to this request, above and/ or beyond the specified allotment of costs or fees applicable at no charge pursuant to The Uniform Practices Code, The 0MB Uniform FOIA Fee Schedule & Guidelines §6(b) Fed Reg 10017, in compliance with 31 U.S.C. § 9701, or if I, am considered indigent, I ask that your Department and/or Agency wave all charges pursuant to 5 U.S.C. §552a (i)(3) et seq.

Pursuant to 5 U.S.C. §552(a)(6)(A)(i), it is noted that your Department and/or Agency has ten (10) working days following receipt of this request to provide me this information and/or material sought. Should any delay occur, it is requested that your Department and/or Agency inform me of this delay as provided by 5 U.S.C. §552(a)(6)(B), and the date when your Department and/or Agency will be able to act. In the event that I do not receive the response in the specified time provided by statute, I will then be forced to pursue other remedy, Public Citizen v. F.T.C. 869 F. 2d 1541 (1989); Blazy v. Tenet, 194 F. 3d 90 (1999); GMRI Inc. v. E.E.O.C., 149 F. 3d 449 (1998)

I certify under penalty of perjury under the laws of The United States of America in the nature of [28 U.S.C. §1746(1)], that I have read the foregoing request for information and know the contents thereof, and that the information listed above is true, correct and complete.

Executed this ___ day of ___ 2007

Requester; ....Name..., *Secured Party* *(if applicable)*

"AUTHORIZED BY THE ACT OF July 27, 1955 TO ADMINISTER OATHS (18USC 4004)."

CORRECTIONAL TREATMENT SPECIALIST

DATE

*fill for blanks on*

*Send original Certified Copy*

| BID BOND (See instruction on reverse) | DATE BOND EXECUTED (must not be later than bid opening date) | OMB NO.: 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | |
|---|---|---|
| | ☐ INDIVIDUAL | ☐ PARTNERSHIP |
| | ☐ JOINT VENTURE | ☐ CORPORATION |
| | STATE OF INCORPORATION | |

SURETY(IES) (Name and business address)

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NO. |
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | | |
| | | | | | FOR (Construction, Supplies, or Services) | |

OBLIGATION:

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal, or in the event of failure to so execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| PRINCIPAL | | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. | 2. | 3. | |
| | (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. | 2. | |
| | | (Seal) | (Seal) |
| NAME(S) (Typed) | 1. | 2. | |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 24 (REV. 10-98)

## CORPORATE SURETY(IES) (Continued)

| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|

### INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE

SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25 (REV. 6-96) BACK

| **PAYMENT BOND** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) | OMB No.: 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

**PRINCIPAL** (Legal name and business address)

**TYPE OF ORGANIZATION ("X" one)**

☐ INDIVIDUAL    ☐ PARTNERSHIP

☐ JOINT VENTURE    ☐ CORPORATION

**STATE OF INCORPORATION**

**SURETY(IES)** (Name(s) and business address(es))

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|

| CONTRACT DATE | CONTRACT NO |
|---|---|

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract, identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | **PRINCIPAL** | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | 3. (Seal) | |

| | **INDIVIDUAL SURETY(IES)** | | |
|---|---|---|---|
| SIGNATURE(S) | 1. | 2. (Seal) | |
| NAME(S) (Typed) | 1. | 2. | (Seal) |

| | | **CORPORATE SURETY(IES)** | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ |
| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

| | | | STATE OF INC | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLES (Typed) | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) | 1. | 2. | | |

### INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designed "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual surety (Standard Form 28), for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "offeror."

STANDARD FORM 24 (REV. 10-98) BACK

## CORPORATE SURETY(IES) (Continued)

| | | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | | |
| | SIGNATURE(S) | 1. | | 2 | |
| | NAME(S) & TITLE(S) (Typed) | | | 2. | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

## REINSURANCE AGREEMENT FOR A MILLER ACT PERFORMANCE BOND
### (See Instructions on reverse)

OMB No. 9000-0024

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
| --- | --- |
| | 1B. STATE OF INCORPORATION |
| 2. REINSURING COMPANY | 2A. AMOUNT OF THIS REINSURANCE ($) |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT |
| | 2C. STATE OF INCORPORATION |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
| --- | --- | --- | --- |
| 3A. AMOUNT OF CONTRACT | | 4A. PENAL SUM OF BOND | |
| 3B. CONTRACT DATE | 3C. CONTRACT NO. | 4B. DATE OF BOND | 4C. BOND NO. |
| 3D. DESCRIPTION OF CONTRACT | | 4D. PRINCIPAL* | |
| 3E. CONTRACTING AGENCY | | 4E. STATE OF INCORPORATION | |

AGREEMENT

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States and the performance bond was furnished to the United States under the Act of August 24, 1935, as amended (40 U.S.C. 270a-280e), known as the Miller Act. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and countersecured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in the case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by offices possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.    (Over)

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 273 (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53 228(h)

| 5  DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A(1) SIGNATURE | (2) ATTEST:  SIGNATURE | |
| | | Corporate |
| 5B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | Seal |

| 6.  REINSURING COMPANY | | |
|---|---|---|
| 6A(1) SIGNATURE | (2) ATTEST:  SIGNATURE | |
| | | Corporate |
| 6B(1) NAME AND TITLE *(Typed)* | (2)  NAME AND TITLE *(Typed)* | Seal |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Miller Act performance bonds running to the United States.  See FAR (48 CFR) 28.202-1 and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company.  A Reinsuring Company should use a separate form.

# Affidavit Denying Corporations Existence

State of _UV._ )
            ) Scilicet
_preston_ County )

    That I, _mr. Alwin Darrell Smith_ a living breathing man, being first duly sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.

    That, I hereby deny that the following corporations exist: UNITED STATES, THE STATE OF _UV._, THE COUNTY OF _preston_, CLERK OF COURT'S ASSOCIATION, ALL BAR ASSOCIATIONS, the legal name "YOUR DEBTORS NAME IN CAPS" c/o "ADDRESS", all legal names signed on documents, and _ALL OTHER_ CORPORATE MEMBERS WHO ARE, OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST MY NATURAL BODY, are fictions and I deny that they exist.

    That, if any man or woman desiring to answer this affidavit, must answer in the manner of this affidavit, with notarized affidavit, using your Christian or family name for signature, and mail to the below named Notary, address provided, within five (5) days or default will be obtained.

Further Affiant Sayth not.

Dated this _6th_ Day of _August_, A.D. _2007._

          /S/ _mr. Alwin Darrell L Smith_
          Your Name ; private man,
          Secured Party / Creditor _under U.C.C,_
          _weapon on Recourse #207,108,6_

## ACKNOWLEDGEMENT

SUBCRIBED TO AND SWORN before me this _6th_ day of _August_, A.D. 2005, a Notary, that _mr. Alwin D Smith_ personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____ (Seal)
Notary Public in and for said State
My Commission expires;

"AUTHORIZED BY THE ACT OF July 27, 1955 TO ADMINISTER OATHS (18 USC 4004)."
_____
CORRECTIONAL TREATMENT SPECIALIST
_8-20-07_
DATE

Affidavit of Proof of Mailing

I, *Mr. Alvin-Darnell: Smith*, as a Citizen of _Marion_ County, of the State of
_W.V._, am over the age of 21 years and not a party to the entitled action.

On the _16th_ day of _August_, _2007_, I mailed the following documents by First Class Mail

1. **Affidavit of Denial of Corporate Existence**, to the (Agency) _U.S. Dept_ at
   (address) _600 E. St. NW Rm 2300_ _of Justice_
   (City) _Washington_, (State) _D.C._ (zip) _20530_

I declare, under the penalty of perjury of the Law of the United States of America, the Law
(State) _W.V._ that the foregoing is true, correct, complete and not misleading, the truth
the whole truth, and nothing but the truth.

Executed on this _16th_ day of _August_ A.D. 2007, at _(W.V.) Hazelton_

_Mr. Alvin-Darnell: Smith©_        _Mr. Alvin-Darnell: Smith_
(Proper person, Original Jurisdiction)    _under U.C.C. -1-207-103.6_

State of: _W.V._, County of: _Marion city_

   The above named person appeared before me to attest and affirm that he / she is the person
executing the foregoing document. Said person subscribed and swore to being the maker of
the foregoing instrument, before me, a Notary Public of the above cited state, this
_16th_ day of _August_, 20 _07_
I, THEREFORE, set forth my hand and seal in affirmation of the execution thereof.

X _____          _____
            NOTARY                      SEAL;

"AUTHORIZED BY THE ACT OF July 27, 1955
TO ADMINISTER OATHS (18USC 4004)."
CORRECTIONAL TREATMENT SPECIALIST
DATE _8-30-07_

7   Information on  Affidavit of Denial of Corp Existence

Certified Mail Number _7006-2760-0004-6934-7687_ Memorandum of Record

AGENCY:/DEPARTMENT:
**D.C.T.- DEPOSITORY TRUST CO.**
**RISK MANAGEMENT OFFICE**

DIRECT RESPONSE TO:
_Mr. Alvin Darrell Smith_
_(05828-001) EZ-109_
_(USP) Hazelton P.O. Box 2000_
_Bruceton Mills, W.V. 26525_
_Ph. (304) 397-2000_

TO:
**MRS. DIANE BRAMON**
**RISK MANAGEMENT MANAGER**
**55# WATER STREET**
**NEWYORK,NEWYORK**
**10012**

IDENTIFICATION OF REQUESTER:
In accordance with 28 CFR § 16.41(d)

RE: DISCLOSURE OF ALL CRIMINAL BONDS, BONDING, OR OTHERWISE AS
REQUESTED BELOW – NAME OF DEFENDANT – Case No. _F-12129-92(CAE)_
Date _9-6-07_

_CASE NO. 373-94_

Dear _MRS, DIANE BRAMON_

This request is made pursuant to the provisions of the Freedom of Information Act 5 U.S.C.
§552 and the Privacy Act 5 U.S.C. §552a(d)(1) for a full disclosure and release of all records
and/or data contained in the files of your Department and/or Agency under my name and/or
identifier to my name. This request sought herein is for Bond Information and/or Commercial
Crimes Bonding Information and/or Case Bonding Information and/or Commercial Crimes
Bonding Certification 5 U.S.C. §552 (a)(2)(A)(B) of records that are secured and maintained in
your Department and/or Agency.

The records sought specifically but not limited to are the compiled files containing:
(1) Criminal Case Bonding Information (2) Commercial Bond Certification (3) Noted Criminal
Case Bonding and/or the Bond(s) which secured the financing and/or the pledge for the financing
of the Criminal Case listed above (4) Certified true and correct copies of the Bond(s) and
identification number(s) (5) Certified indication of the amount secured per Bond per each
offense charged (6) The expiration date and specified interest for the specified length of time of
these Bond(s) (7) Which governmental body and/or whom or what "person(s)" i.e. corporations,
companies, associations, firms, partnerships, societies, joint stock companies, individuals and/or
officers (a) secured the Bond(s) (b) hold the Bond(s) (8) Any and all other records and data
concerning the Bond(s) not otherwise exempt by 5 U.S.C. §552 (a)(6)(C),(b)(7), 5 U.S.C.
§552a(j)(2),(k)(2) or law Public Citizens v. Dept. of Justice (1989) 491 U.S. 440, 105 L. Ed 2d
377, 109 S. Ct. 2552; Dept. of Justice v. Reporters Comm. (1989) 489 U.s. 749, 103 L. Ed 2d
774, 109 S. Ct 1448; Detroit Free Press v. Dept. of Justice, 73 F. 3d 93 (1998); F.B.I. v.
Abramson, 465 U.S. 615 72 L. ed 2d 376, 102 S. Ct. 2054 (1982) including exemption ~ u.s.c.
§552(b)(3).

If the information, records and/or data requested are placed, filed, secured and/or held in a
separate, different and/or distinct file by or under another name, number or identifier other than
the case docket number and/or identification(s) Listed above I authorize and request your
Department and/or Agency to open and/or access that file for all the information, records and/or
data requested herein.

It is further requested that your Department and/or Agency in response to all the information
requested, specifically inform me if and to what governmental body and /or to whom and/or what

"person" previously described, has been released and/or disclosed any of the information and/or material requested herein, their name, title purpose and need for such information and/or material, the date of release, and the specific information and/or material released and/or disclosed such information and/ or material and the specific reference to authority, statute or regulation governing such release and/or disclosure 5 U.S.C. §552a(b)(1)---(12), (c)(1)---(4), or law, Abraham & Rose, P.L.C. v. U.S. 138 F. 3d 1075 (1998); Ray v. Dept. of Justice 720 F. 2d (1983).

Your Department and/or Agency is advised that the Bonding and/or Bond(s) info, data or reports in total are no longer accord exempt status unless under specific exemptions noted, and only with reference to specific citation of authority, Nemetz v. Department of the Treasury, 446 F. Supp. 102 (1987); Akins v. Federal Election Com'n, 101 F. 3d 731 (1996); Gummoc v. Gore, 180 F. 3d 282 (1999); Solar Sourses Inc. v. U.S., 142 F. 3d 1033 (1998).

I agree to pay any reasonable costs or fees applicable to this request, above and/ or beyond the specified allotment of costs or fees applicable at no charge pursuant to The Uniform Practices Code, The 0MB Uniform FOIA Fee Schedule & Guidelines §6(b) Fed Reg 10017, in compliance with 31 U.S.C. § 9701, or if I, am considered indigent, I ask that your Department and/or Agency wave all charges pursuant to 5 U.S.C. §552a (i)(3) et seq.

Pursuant to 5 U.S.C. §552(a)(6)(A)(i), it is noted that your Department and/or Agency has ten (10) working days following receipt of this request to provide me this information and/or material sought. Should any delay occur, it is requested that your Department and/or Agency inform me of this delay as provided by 5 U.S.C. §552(a)(6)(B), and the date when your Department and/or Agency will be able to act. In the event that I do not receive the response in the specified time provided by statute, I will then be forced to pursue other remedy, Public Citizen v. F.T.C. 869 F. 2d 1541 (1989); Blazy v. Tenet, 194 F. 3d 90 (1999); GMRI Inc. v. E.E.O.C., 149 F. 3d 449 (1998)

I certify under penalty of perjury under the laws of The United States of America in the nature of [28 U.S.C. §1746(1)], that I have read the foregoing request for information and know the contents thereof, and that the information listed above is true, correct and complete.

Executed this _6th_ day of _August_ _2007_

_____

Requester; ....Name..., *Secured Party* (*if applicable*)

"AUTHORIZED BY THE ACT OF July 27, 1955 TO ADMINISTER OATHS (18USC 4004)"-
_____
CORRECTIONAL TREATMENT SPECIALIST
_____
DATE

# Affidavit Denying Corporations Existence

State of _WV_ )
) Scilicet
_Preston_ County )

That I, _Mr. Alvis Darnell Smith_ living breathing man, being first duly sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.

That, I hereby deny that the following corporations exist: UNITED STATES, THE STATE OF _WV_, THE COUNTY OF _Preston_, CLERK OF COURT'S ASSOCIATION, ALL BAR ASSOCIATIONS, the legal name "YOUR DEBTORS NAME IN CAPS" c/o "ADDRESS", all legal names signed on documents, and _ALL OTHER_ CORPORATE MEMBERS WHO ARE, OR WHO MAY BE ASSOCIATED WITH ANY COMPLAINTS AGAINST MY NATURAL BODY, are fictions and I deny that they exist.

That, if any man or woman desiring to answer this affidavit, must answer in the manner of this affidavit, with notarized affidavit, using your Christian or family name for signature, and mail to the below named Notary, address provided, within five (5) days or default will be obtained.

Further Affiant Sayth not.

Dated this _6th_ Day of _August_, A.D. _2007_

/S/ _Mr. Alvis Darnell Smith_ ©
Your Name ; private man,
Secured Party / Creditor _under U.C.C._
_U.C.C. on Recorder — 207, 103-6_
_Mr. Alvis Darnell Smith_

## ACKNOWLEDGEMENT

SUBCRIBED TO AND SWORN before me this _6th_ day of _August_, A.D. 2005, a Notary, that _Mr. Alvis Smith_, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

_____ (Seal)
Notary Public in and for said State
My Commission expires;_____

"AUTHORIZED BY THE ACT OF July 27, 1955
TO _____ ... (18USC 4004)."
_P. McClin b_
_C._
_6-30-07_
_D_

1– Affidavit Denying Corporate Existence for ..........................

Service

**_ ED MAIL RECEIPT**

Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

# OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 4.64 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.94 |

APR 1 8

25828-007

123° Hi-range

Sent To

Mr. Alvin Darrell Smith C

Street, Apt. No.; or PO Box No. P.O. BOX 8000 (USP) McCreary

City, State, ZIP+4 Pine Knot Ky 42635 193

PS Form 3800, June 2002                  See Reverse for Instructions

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

| | |
|---|---|
| A. Signature | ☐ Agent  ☐ Addressee |
| B. Received by (Printed Name)  APR 1 0 | C. Date of Delivery  2008 |
| D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☑ No | |

1. Article Addressed to: U.S. Department of Justice (E.O.U.S.A.) F.O.I.A. / PA UNIT
BICN BLDG. Room 7300
600 E. street. H.W.,
Washington, D.C.
20530

| 3. Service Type | |
|---|---|
| ☑ Certified Mail | ☐ Express Mail |
| ☐ Registered | ☑ Return Receipt for Merchandise |
| ☐ Insured Mail | ☐ C.O.D. |
| 4. Restricted Delivery? (Extra Fee) | ☐ Yes |

2. Article Number (Transfer from service label)   7005-2570-0001-2704-0219 7

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-15

POSTAL SERVICE
**CERTIFIED MAIL · RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

# OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.64 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.44 |

Postmark Here

Sent To
*Mr. Alvin Garnett Smith*

Street, Apt. No.; or PO Box No.
*P.O. Box 3000 (SIA) McCreary*

City, State, ZIP+4
*Pine Knott KN 42635*

7007 0710 0003 9116 2846

---

See Reverse for Instructions

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *The General Accounting Office, 15000 N.W., Room, 4436 Washington, D.C. 20220*

*c/o — AJmeckson*

| A. Signature | |
|---|---|
| X *PS* | ☐ Agent |
| | ☐ Addressee |

B. Received by ( Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No
   *Pennsylvania Ave*

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number *7007 - 0710 - 0003 - 9116 - 2846*
(Transfer from service label)

PS Form 3811, February 2004 · Domestic Return Receipt · 102595-02-M-1540

**OFFICIAL USE**

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ 1.64 | |
| Certified Fee | 2.65 | |
| Return Receipt Fee (Endorsement Required) | 2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.44 | |

7007 0710 0003 9116 2859

Sent To Mr. Alwin-Russell Smith ©
Street, Apt. No.; AA AUX Seed C...
or PO Box No.
City, State, ZIP+4 Blue Knox, Ky 426...

---

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

P111

1. Article Addressed to: OFFice ! OF
the Comptroller 1500
H.W; Room, 4436
Washington, D.C.
20220 *
C/O - Director

2. Article Number 7007-0710-0003 9116-2859
(Transfer from service label)

A. Signature
☑ Agent
☐ Addressee

B. Received by ( Printed Name ) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No
1500 pennsylvania Ave.

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.64 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | 555 |
| Total Postage & Fees | $ 6.99 |

Return Reciept
APR 15
Postmark Here

7007 0710 0003 9116 2853

Sent To
MR. Alvin Russell SmiTH
Street, Apt. No.; or PO Box No. P.O. Box 3000 (USP) McCreary
City, State, ZIP+4 Pine KnoT, Ky 42635

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 282 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.32 (005828-001) |

Postmark Here

02-709

7001 2760 0004 6934 7830

Sent To _Mr. Atwise Darrell Smith_
Street, Apt. No.; or PO Box No. _P.O. Box 2000 (USP) Hazelton_
City, State, ZIP+4 _Bruceton Mills, WV. 26525_

---

SENDER:

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
_Mail Center_
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
C. Date of Delivery _10-5-07_

1. Article Addressed to:

_The District of Columbia
Superior Court, Office of
the Clerk (Criminal Division)
500 Indiana Ave N.W.,
Washington, D.C. 20001_

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number _7006-2760-0004-6934-7830_
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 82 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.32 |

Sent To: Mr. Alvin Darnell Smith
Street, Apt. No.; or PO Box No. P.O. Box 2000 (2851) Hazelton
City, State, ZIP+4 Bruceton Mills WV, 26525

7006 2760 0004 6934 7823

PS Form 3800, August 2006          See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

P111

1. Article Addressed to:

The U.S. Attorney's Office
Special proceedings section
555 4th Street N.W.
Rm -11-852
Washington D.C.
20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
OCT 11 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7006-2760-0004-6934-7823
(Transfer from service label)

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

# OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.82 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.32 |

Postmark Here
OCT - 2 2007

7006 2760 0004 6934 7816

Sent To *Mr. New Daniell Smith*

Street, Apt. No.; or P.O. Box No. *P.O. Box 2000 (SPA) Hazelton*

City, State, ZIP+4 *Bruceton Mills WV. 26525*

PS Form 3800, August

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *The District of Columbia Superior Court, The Honorable Judge; Mr. Maurice A. Ross, 500 Indiana Ave, NW., Washington, D.C. 20001*

A. Signature
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number *7006 - 2760 - 0004 - 6934 - 7816*
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.98 |

Postmark Here

Sent To
Mr. Alvin Darrell Smith

Street, Apt. No.; or PO Box No. P.O. Box 2000 # EASP/Hazelton

City, State, ZIP+4 Bruceton Mills WV 26525

PS Form 3800, August 2006   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: U.S. Department of Justice (F.O.I.A) P.A. Section rm: 115 "Loc 26 - mrs. patricia D. Hause (F.O.I.A) P.A. officer Justice management Division Constitution Ave & 10 TH Street N.W., Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X David Yukin
☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
OCT 1 1 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006-2760-0004-6934-7694

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

**U.S. Postal Service**
**CERTIFIED MAIL · RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

# OFFICIAL USE ✓

| | |
|---|---|
| Postage | $ 1.48 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.98 |

Return Receipt

Postmark Here

Sent To *Mr. Alvin Donnell Smith*
Street, Apt. No.; or PO Box No. *P.O. Box 2000 (USP) Hazelton*
City, State, ZIP+4 *Bruceton Mills WV 26525*

PS Form 3800, June 2002    See Reverse for Instructions

7005 2570 0001 2704 0295

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   *Earnest Parks*
C. Date of Delivery   OCT 11 2007

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☑ No

1. Article Addressed to:
*U.S. Department of Justice (Assistant Director) office of Mrs. Marie A. O'Rourke Executive office of the U.S. Attorneys 600 E. Street N.W., Rm: 7300 Washington, D.C. 20530*

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
*7005 - 2570 - 0001 - 2704 - 0295*

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

D.T.C.



**UNITED STATES POSTAL SERVICE®**

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 2760 0004 6934 7687
Status: **Delivered**

Your item was delivered at 11:10 AM on October 9, 2007 in NEW YORK, NY 10274.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

FEAR Act EEO Data    FOIA

---

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.41 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.98 |

Sent To m. Abdul Burull Smith
Street, Apt. No.; or PO Box No. P.O. Box 2000 (WP) Hazelton
Bruce Person N/y, WV. 26525

PS Form 3811    See Reverse for Instructions

7006 2760 0004 6934 7687

---

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: the D.T.C. - Depository Trust Company - mrs. Diane Bramon - N/K mrs. maximum 35 water Street New york, New york 10274

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED PATRICK HEALY OCT DEPOSITORY TRUST CLEARING CORPORATION

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7006-2760-0004-6934-7687

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540